MARGARET A. MCLETCHIE, Nevada Bar No. 10931
DAYVID FIGLER, Nevada Bar No. 4264
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LANCE DOWNES-COVINGTON, an individual, SOLDADERA SANCHEZ, an individual, ROBERT O'BRIEN, an individual, EMILY DRISCOLL, an individual, ALISON KENADY, an individual, TENISHA MARTIN, an individual, GABRIELA MOLINA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; SHERIFF JOSEPH LOMBARDO, in his official capacity as Sheriff of the Las Vegas Metropolitan Police Department; LIEUTENANT KURT MCKENZIE, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER TABATHA DICKSON, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer, UNKNOWN OFFICERS 1-14, as individuals and in their capacity as Las Vegas Metropolitan Police Department Officers,<br><br>Defendants. | Case. No.: 2:20-cv-01790-GMN-DJA<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY AND OTHER DEADLINES PENDING SETTLEMENT DISCUSSIONS**<br><br>**FIRST REQUEST** |

/ / /

/ / /

/ / /

1

Plaintiffs Lance Downes-Covington, Soldadera Sanchez, Robert O'Brien, Emily Driscoll, Alison Kenady, Tenisha Martin, and Gabriela Molina ("Plaintiffs"), by and through their attorneys of record, Margaret A. McLetchie and Dayvid Figler with the law firm of McLetchie Law and Defendants, the Las Vegas Metropolitan Police Department ("LVMPD"), Sheriff Joseph Lombardo, Lieutenant Kurt McKenzie, and Officer Tabatha Dickson (collectively ("LVMPD Defendants"), by and through their attorneys of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., with the law firm of Marquis Aurbach Coffing, (collectively the "Parties") hereby stipulate to the following:

1. During a recent meet and confer conducted on December 20, 2021, regarding outstanding discovery, the Parties determined that this matter may be appropriate for possible resolution and that a stay of discovery and other deadlines would allow the Parties to explore the possibility of settlement, without incurring the time and expense of ongoing discovery and other work during settlement discussions.

2. The Parties agree that all deadlines in this matter be stayed for a sixty (60) day period. Parties further agree that within fifteen (15) days after completion of the contemplated settlement discussions, if not successful, the parties will submit a stipulated schedule regarding any pending motions or discovery which will extend all applicable dates for the commensurate time period that they were stayed in accordance with Rule 26 of the Federal Rules of Civil Procedure and Rule 26-1 of the Local Rules of the Unites States District Court, for the Court's approval.

3. Accordingly, the Parties hereby agree and request the Court to enter a stay of all deadlines in the instant case.

4. This is the Parties' first request for a stay of deadlines in this matter.

5. Notwithstanding the stay, the Parties intend to and hereby agree to cooperate in the exchange of information as needed to facilitate settlement.

6. The Parties both submit that the instant stipulation is being offered in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

DATED this 22nd day of December, 2021.   DATED this 22nd day of December, 2021.

**MCLETCHIE LAW**   **MARQUIS AURBACH COFFING**

By: /s/ Margaret A. McLetchie   By: /s/ Jackie V. Nichols
   Margaret A. McLetchie      Craig R. Anderson, Esq.
   Nevada Bar No. 10931      Nevada Bar No. 6882
   Dayvid Figler      Jackie V. Nichols, Esq.
   Nevada Bar No. 4264      Nevada Bar No. 14246
   Leo S. Wolpert      10001 Park Run Drive
   Nevada Bar No. 12658      Las Vegas, Nevada 89145
   602 South Tenth Street      *Attorneys for LVMPD Defendants*
   Las Vegas, Nevada 89101
   *Attorneys for Plaintiffs*

## ORDER

IT IS SO ORDERED.

DATED: December 28, 2021

UNITED STATES MAGISTRATE JUDGE

3