MARGARET A. MCLETCHIE, Nevada Bar No. 10931
DAYVID FIGLER, Nevada Bar No. 4264
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiffs*

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702) 728-5300 (T) | (702) 425-8220 (F)
WWW.NVLITIGATION.COM

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LANCE DOWNES-COVINGTON, an individual, SOLDADERA SANCHEZ, an individual, ROBERT O'BRIEN, an individual, EMILY DRISCOLL, an individual, ALISON KENADY, an individual, TENISHA MARTIN, an individual, GABRIELA MOLINA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; SHERIFF JOSEPH LOMBARDO, in his official capacity as Sheriff of the Las Vegas Metropolitan Police Department; LIEUTENANT KURT MCKENZIE, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER TABATHA DICKSON, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer, UNKNOWN OFFICERS 1-14, as individuals and in their capacity as Las Vegas Metropolitan Police Department Officers,<br><br>Defendants. | **Case. No.:** 2:20-cv-01790-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE OF PLAINTIFFS' REPLY TO LVMPD DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>**SECOND REQUEST** |

Plaintiffs Lance Downes-Covington, Soldadera Sanchez, Robert O'Brien, Emily Driscoll, Alison Kenady, Tenisha Martin, and Gabriela Molina ("Plaintiffs"), by and through their attorneys of record, Margaret A. McLetchie and Dayvid Figler with the law firm of McLetchie Law and Defendants, the Las Vegas Metropolitan Police Department

("LVMPD"), Sheriff Joseph Lombardo, Lieutenant Kurt McKenzie, and Officer Tabatha Dickson (collectively ("LVMPD Defendants"), by and through their attorneys of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., with the law firm of Marquis Aurbach (collectively the "Parties") hereby stipulate and agree to extend the deadline to Plaintiffs' Reply to LVMPD Defendants' Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint until July 20, 2022.

Parties had previously agreed that Plaintiffs would file the Reply by July 19, 2022. However, Plaintiffs' counsel has ran into a scheduling issue, after conferring with Defendants' counsel it was agreed to allow Plaintiffs until July 20, 2022, to file Plaintiffs' Reply to LVMPD Defendants' Opposition to Plaintiffs Motion for Leave to File Second Amended Complaint.

This is the Parties' second request to extend the deadline to Plaintiffs' Reply to LVMPD Defendant's Opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint. The Parties both submit that the instant stipulation is being offered in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

DATED this 19th day of July, 2022.

DATED this 19th day of July, 2022.

**MCLETCHIE LAW**

**MARQUIS AURBACH**

By: */s/ Leo S. Wolpert*
    Margaret A. McLetchie
    Nevada Bar No. 10931
    Dayvid Figler
    Nevada Bar No. 4264
    Leo S. Wolpert
    Nevada Bar No. 12658
    602 South Tenth Street
    Las Vegas, Nevada 89101
    *Attorneys for Plaintiffs*

By: */s/ Jackie V. Nichols*
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    Jackie V. Nichols, Esq.
    Nevada Bar No. 14246
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    *Attorneys for LVMPD Defendants*

/ / /

/ / /

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>ORDER</u>**

IT IS SO ORDERED that ECF No. 86 is GRANTED.

DATED: 7/21/22

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

3