**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
Susan E. Gillespie, Esq.
Nevada Bar No. 15227
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
sgillespie@maclaw.com
  Attorneys for Defendants Las Vegas Metropolitan Police
  Department, Lieutenant Kurt McKenzie, Officer Tabatha
  Dickson, Captain Patricia Spencer and Captain Dori Koren

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LANCE DOWNES-COVINGTON, an individual, SOLDADERA SANCHEZ, an individual, ROBERT O'BRIEN, an individual, EMILY DRISCOLL, an individual, ALISON KENADY, an individual, TENISHA MARTIN, an individual, and GABRIELA MOLINA, an individual,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; LIEUTENANT KURT MCKENZIE, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER TABATHA DICKSON, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer; CAPTAIN PATRICIA SPENCER, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer; CAPTAIN DORI KOREN, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; EVAN SPOON, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; JORDAN TURNER, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; and UNKNOWN OFFICERS 1-14, | Case Number:<br>2:20-cv-01790-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR LVMPD DEFENDANTS TO ANSWER PLAINTIFFS' SECOND AMENDED COMPLAINT [ECF NO. 94]** |

MAC:14687-306 4865372_1 10/6/2022 1:23 PM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

as individuals and in their capacity as Las Vegas Metropolitan Police Department Officers,

    Defendants.

Defendants the Las Vegas Metropolitan Police Department, Lt. McKenzie, Ofc. Dickson, Captain Spencer and Captain Koren ("LVMPD Defendants"), by and through their attorneys of record, Marquis Aurbach, and Plaintiffs Downes-Covington, Sanchez, O'Brien, Driscoll, Kenady, Martin and Molina, by and through their attorneys of record, McLetchie Law, hereby stipulate and agree that the deadline for the LVMPD Defendants to file their answer to Plaintiffs' Second Amended Complaint (ECF No. 94), be extended from October 6, 2022 to October 13, 2022.

This request for extension is brought in good faith and not for the purposes of delay.

IT IS SO STIPULATED this 6th day of October, 2022.

MARQUIS AURBACH                              MCLETCHIE LAW

By: /s/ Jackie V. Nichols                    By: /s/Margaret A. McLetchie
    Jackie V. Nichols, Esq.                      Margaret A. McLetchie, Esq.
    Nevada Bar No. 14246                         Nevada Bar No. 10931
    10001 Park Run Drive                         602 South Tenth Street
    Las Vegas, Nevada 89145                      Las Vegas, Nevada 89101
    Attorneys for LVMPD Defendants               Attorney for Plaintiffs

## ORDER

Having reviewed the parties' stipulation, the Court notes that the parties did not include a reason for the requested extension as required by Local Rule IA 6-1.  However, because the parties otherwise agree and the extension is relatively short, the Court finds good cause to grant the extension.

**IT IS THEREFORE ORDERD** that the parties stipulation (ECF No. 102 is **GRANTED**.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE
DATED: October 7, 2022

MAC:14687-306 4865372_1 10/6/2022 1:23 PM