MARGARET A. MCLETCHIE, Nevada Bar No. 10931
PIETER M. O'LEARY, Nevada Bar No. 15297
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW GROUP, PLLC**
602 South 10th Street
Las Vegas, NV 89101
Telephone: (702) 728-5300 / Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LANCE DOWNES-COVINGTON, an individual, SOLDADERA SANCHEZ, an individual, ROBERT O'BRIEN, an individual, EMILY DRISCOLL, an individual, ALISON KENADY, an individual, TENISHA MARTIN, an individual, GABRIELA MOLINA, an individual,<br><br>　　　　Plaintiffs,<br>　　vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; LIEUTENANT KURT MCKENZIE, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER TABATHA DICKSON, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer; CAPTAIN PATRICIA SPENCER, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer; CAPTAIN DORI KOREN, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; EVAN SPOON, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; JORDAN TURNER, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; UNKNOWN OFFICERS 1-14, as individuals and in their capacity as Las Vegas Metropolitan Police Department Officers,<br><br>　　　　Defendants. | Case. No.: 2:20-cv-01790-CDS-DJA<br><br><u>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND LVMPD DEFENDANTS' OBJECTION TO REPORT AND RECOMMENDATION**</u><br><br><u>**(FIRST REQUEST)**</u><br><u>**[ECF No. 99]**</u> |

1

Pursuant to LR IA 6-1, Plaintiffs LANCE DOWNES-COVINGTON, SOLDADERA SANCHEZ, ROBERT O'BRIEN, EMILY DRISCOLL, ALISON KENADY, TENISHA MARTIN, and GABRIELA MOLINA (collectively "Plaintiffs") and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, LIEUTENANT KURT MCKENZIE, OFFICER TABATHA DICKSON, CAPTAIN PATRICIA SPENCER, CAPTAIN DORI KOREN, EVAN SPOON, JORDAN TURNER, and UNKNOWN OFFICERS 1-14 (collectively "LVMPD Defendants"), by and through their respective counsel, hereby stipulate and request that this Court extend the deadline to file Plaintiffs' Response to LVMPD Defendants' Opposition to Report and Recommendation (ECF No. 99) by an additional 14 days, extending the deadline from October 19, 2022 to November 2, 2022. This is the first stipulation for extension of time for Plaintiffs to respond to LVMPD Defendants' Opposition.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel for Plaintiff initiated this request due to their scheduling conflicts including, but not limited to, Depositions of Defendant Officers Turner (October 18, 2022) and Dickson (October 24, 2022) thereby limiting their ability to timely and adequately respond to Defendants' Opposition.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO LVMPD
DEFENDANTS' OBJECTION TO REPORT AND RECOMMENDATION

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702) 728-5300 (T) / (702) 425-8220 (F)
WWW.NVLITIGATION.COM

1    WHEREFORE, the parties respectfully request that this Court extend the deadline

2    to file Plaintiff's Response to LVMPD Defendants' Opposition to Report and

3    Recommendation up to and including November 2, 2022.

4

5    **IT IS SO STIPULATED.**

6    DATED this 18th day of October, 2022.          DATED this 18th day of October, 2022.

7

8    **MCLETCHIE LAW GROUP, PLLC**          **MARQUIS AURBACH**

9

10   */s/ Pieter M. O'Leary*          */s/ Jackie V. Nichols*

11   Margaret A. McLetchie, NBN 10931          Craig R. Anderson, NBN 6882

12   Pieter M. O'Leary, NBN 15297          Jackie V. Nichols, NBN 14246

     Leo S. Wolpert, NBN 12658          10001 Park Run Drive

13   602 South Tenth Street          Las Vegas, NV 89145

     Las Vegas, NV 89101          *Attorneys for Defendants Las Vegas*

14   *Attorneys for Plaintiffs*          *Metropolitan Police Department*

15

16

17

18   <u>**ORDER**</u>

19   IT IS SO ORDERED.

20

21

22   _____

23   U.S. DISTRICT JUDGE

24   DATED:  October 19, 2022

25

26

27

28

STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO LVMPD
DEFENDANTS' OBJECTION TO REPORT AND RECOMMENDATION