MARGARET A. MCLETCHIE, Nevada Bar No. 10931
PIETER M. O'LEARY, Nevada Bar No. 15297
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW GROUP, PLLC**
602 South 10th Street
Las Vegas, NV 89101
Telephone: (702) 728-5300 / Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LANCE DOWNES-COVINGTON, an individual, SOLDADERA SANCHEZ, an individual, ROBERT O'BRIEN, an individual, EMILY DRISCOLL, an individual, ALISON KENADY, an individual, TENISHA MARTIN, an individual, GABRIELA MOLINA, an individual,<br><br>Plaintiffs,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; LIEUTENANT KURT MCKENZIE, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER TABATHA DICKSON, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer; CAPTAIN PATRICIA SPENCER, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer; CAPTAIN DORI KOREN, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; EVAN SPOON, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; JORDAN TURNER, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; UNKNOWN OFFICERS 1-14, as individuals and in their capacity as Las Vegas Metropolitan Police Department Officers,<br><br>Defendants. | Case. No.: 2:20-cv-01790-CDS-DJA<br><br>**STIPULATION AND ORDER TO (1) EXTEND DEADLINE TO OBJECT TO DEFENDANTS' MOTION TO DISMISS OFFICER EVAN SPOON AND OFFICER JORDAN TURNER [ECF No. 106] AND (2) DEFENDANTS' MOTION FOR PARTIAL DISMISSAL OF OFFICER TABATHA DICKSON [ECF No. 108]**<br><br>**(FIRST REQUEST)** |

1

STIPULATION AND ORDER TO (1) EXTEND DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS OFFICER EVAN SPOON AND OFFICER JORDAN TURNER [ECF No. 106] AND (2) DEFENDANTS' MOTION FOR PARTIAL DISMISSAL OF OFFICER TABATHA DICKSON [ECF No. 108]  (FIRST REQUEST)

1  Pursuant to LR IA 6-1, Plaintiffs LANCE DOWNES-COVINGTON, SOLDADERA SANCHEZ, ROBERT O'BRIEN, EMILY DRISCOLL, ALISON KENADY, TENISHA MARTIN, and GABRIELA MOLINA (collectively "Plaintiffs") and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, LIEUTENANT KURT MCKENZIE, OFFICER TABATHA DICKSON, CAPTAIN PATRICIA SPENCER, CAPTAIN DORI KOREN, OFFICER EVAN SPOON, OFFICER JORDAN TURNER, and UNKNOWN OFFICERS 1-14 (collectively "LVMPD Defendants"), by and through their respective counsel, hereby stipulate and request that this Court extend the deadline to file Plaintiffs' Objection to (1) LVMPD Defendants' Motion to Dismiss Officer Spoon and Officer Turner (ECF No. 106) and (2) LVMPD Defendants' Motion for Partial Dismissal as to Officer Dickson (ECF No. 108) by an additional 14 days, extending the deadline from October 27, 2022 to November 10, 2022. This is the first stipulation for extension of time for Plaintiffs to Object to LVMPD Defendants' two Motions to Dismiss.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel for Plaintiff initiated this request due to their scheduling conflicts including, but not limited to, Depositions of Defendant Officers Turner (October 18, 2022), Dickson (October 24, 2022), Spoon (November 7, 2022) as well as the deadline to Respond to LVMPD Defendants' Objection to Report and Recommendation (ECF No. 99) thereby limiting their ability to timely and adequately object to LVMPD Defendants' two Motions.

///
///
///
///
///
///
///
///

WHEREFORE, the parties respectfully request that this Court extend the deadline to file Plaintiffs' Objection to LVMPD Defendants' two Motions to Dismiss up to and including November 10, 2022.

**IT IS SO STIPULATED.**

DATED this 26th day of October, 2022.     DATED this 26th day of October, 2022.

**MCLETCHIE LAW GROUP, PLLC**             **MARQUIS AURBACH**

*/s/ Pieter M. O'Leary*                    */s/ Jackie V. Nichols*
Margaret A. McLetchie, NBN 10931           Craig R. Anderson, NBN 6882
Pieter M. O'Leary, NBN 15297               Jackie V. Nichols, NBN 14246
Leo S. Wolpert, NBN 12658                  10001 Park Run Drive
602 South 10th Street                      Las Vegas, NV 89145
Las Vegas, NV 89101                        *Attorneys for Defendants Las Vegas*
*Attorneys for Plaintiffs*                 *Metropolitan Police Department, et al.*

**ORDER**

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

DATED: November 1, 2022

---

3

STIPULATION AND ORDER TO (1) EXTEND DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS OFFICER EVAN SPOON AND OFFICER JORDAN TURNER [ECF No. 106] AND (2) DEFENDANTS' MOTION FOR PARTIAL DISMISSAL OF OFFICER TABATHA DICKSON [ECF No. 108]  (FIRST REQUEST)