**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com

   Attorneys for Defendants Las Vegas Metropolitan Police Department, Lieutenant Kurt McKenzie, Officer Tabatha Dickson, Captain Patricia Spencer, Captain Dori Koren, Officer Evan Spoon and Officer Jordan Turner

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LANCE DOWNES-COVINGTON, an individual, SOLDADERA SANCHEZ, an individual, ROBERT O'BRIEN, an individual, EMILY DRISCOLL, an individual, ALISON KENADY, an individual, TENISHA MARTIN, an individual, GABRIELA MOLINA, an individual,<br><br>                Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; LIEUTENANT KURT MCKENZIE, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER TABATHA DICKSON, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer; CAPTAIN PATRICIA SPENCER, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer; CAPTAIN DORI KOREN, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; EVAN SPOON, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; JORDAN TURNER, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; UNKNOWN OFFICERS 1-14, as individuals and in their capacity as Las Vegas Metropolitan Police Department Officers,<br><br>                Defendants. | Case Number:<br>2:20-cv-01790-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND OFFICERS EVAN SPOON AND JORDAN TURNER'S REPLY IN SUPPORT OF MOTION TO DISMISS AND TABATHA DICKSON'S REPLY IN SUPPORT OF MOTION FOR PARTIAL DISMISSAL [ECF NOS. 106 AND 108]**<br><br>**(FIRST REQUEST)** |

MAC:14687-306 4905515_1 11/17/2022 2:33 PM

Plaintiffs Lance Downes-Covington, Soldadera Sanchez, Robert O'Brien, Emily Driscoll, Alison Kenady, Tenisha Martin, and Gabriela Molina ("Plaintiffs"), by and through their attorneys of record, Margaret A. McLetchie, Esq., Leo S. Wolpert, Esq., and Pieter M. O'Leary, Esq., with the law firm of McLetchie Law and Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Lieutenant Kurt McKenzie ("McKenzie"), Officer Tabatha Dickson ("Dickson"), Captain Patricia Spencer ("Spencer"), Captain Dori Koren ("Koren"), Officer Evan Spoon ("Spoon"), and Officer Jordan Turner ("Turner"), collectively ("LVMPD Defendants"), by and through their attorneys of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., with the law firm of Marquis Aurbach, and hereby agree and jointly stipulate the following;

1. Officers Evan Spoon and Jordan Turner filed their Motion to Dismiss on October 13, 2022 [ECF No. 106];

2. Plaintiffs' Opposition to Officers Evan Spoon and Jordan Turner's Motion to Dismiss was filed on November 10, 2022 [ECF No. 118];

3. Officer Tabatha Dickson filed her Motion for Partial Dismissal on October 13, 2022 [ECF No. 108];

4. Plaintiffs' Opposition to Officer Tabatha Dickson's Motion for Partial Dismissal was filed on November 10, 2022 [ECF No. 119];

5. Counsel for defendants has not had sufficient time to review the responses and prepare replies, and therefore, is unable to meet the deadline of November 17, 2022 currently scheduled for Officers Evan Spoon and Jordan Turner's Reply in Support of Motion to Dismiss and Officer Tabatha Dickson's Reply in Support of Motion for Partial Dismissal;

6. The Parties have agreed to a 11-day extension for Officers Evan Spoon and Jordan Turner's Reply in Support of Motion to Dismiss and Tabatha Dickson's Reply in Support of Motion for Partial Dismissal;

7. Accordingly, the deadline for Officers Evan Spoon and Jordan Turner's Reply in Support of Motion to Dismiss and Tabatha Dickson's Reply in Support of Motion

MAC:14687-306 4905515_1 11/17/2022 2:33 PM

for Partial Dismissal, currently due on November 17, 2022, be extended to and including Monday, November 28, 2022;

8. This is the Parties' first request to extend the deadline to Officers Evan Spoon and Jordan Turner's Reply in Support of Motion to Dismiss and Tabatha Dickson's Reply in Support of Motion for Partial Dismissal; and

9. This Stipulation is being entered in good faith and not for purposes of delay.

IT IS SO STIPULATED.

DATED this 17th day of November, 2022         DATED this 17th day of November, 2022

MCLETCHIE LAW                                  MARQUIS AURBACH

By: /s/ Margaret A. McLetchie                  By: /s/ Jackie V. Nichols
Margaret A. McLetchie, Esq.                    Craig R. Anderson, Esq.
Nevada Bar No. 10931                           Nevada Bar No. 6882
Pieter M. O'Leary, Esq.                        Jackie V. Nichols, Esq.
Nevada Bar No. 15297                           Nevada Bar No. 14246
Leo S. Wolpert, Esq.                           10001 Park Run Drive
Nevada Bar No. 12658                           Las Vegas, Nevada 89145
602 South 10th Street                          Attorneys for Defendants Las Vegas
Las Vegas, Nevada 89101                        Metropolitan Police Department,
Attorneys for Plaintiffs                       Lieutenant Kurt McKenzie, Officer
                                               Tabatha Dickson, Captain Patricia
                                               Spencer, Captain Dori Koren, Officer
                                               Evan Spoon and Officer Jordan Turner

## ORDER

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED this 21st day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE