**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com

   Attorneys for Defendants Las Vegas Metropolitan Police Department, Lieutenant Kurt McKenzie, Officer Tabatha Dickson, Captain Patricia Spencer, Captain Dori Koren, Officer Evan Spoon and Officer Jordan Turner

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LANCE DOWNES-COVINGTON, an individual, SOLDADERA SANCHEZ, an individual, ROBERT O'BRIEN, an individual, EMILY DRISCOLL, an individual, ALISON KENADY, an individual, TENISHA MARTIN, an individual, GABRIELA MOLINA, an individual,<br><br>                Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; LIEUTENANT KURT MCKENZIE, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER TABATHA DICKSON, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer; CAPTAIN PATRICIA SPENCER, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer; CAPTAIN DORI KOREN, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; EVAN SPOON, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; JORDAN TURNER, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; UNKNOWN OFFICERS 1-14, as individuals and in their capacity as Las Vegas Metropolitan Police Department Officers,<br><br>                Defendants. | Case Number:<br>2:20-cv-01790-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND LVMPD DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiffs Lance Downes-Covington, Soldadera Sanchez, Robert O'Brien, Emily Driscoll, Alison Kenady, Tenisha Martin, and Gabriela Molina ("Plaintiffs"), by and through their attorneys of record, Margaret A. McLetchie, Esq., Leo S. Wolpert, Esq., and Pieter M. O'Leary, Esq., with the law firm of McLetchie Law and Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Lieutenant Kurt McKenzie ("McKenzie"), Officer Tabatha Dickson ("Dickson"), Captain Patricia Spencer ("Spencer"), Captain Dori Koren ("Koren"), Officer Evan Spoon ("Spoon"), and Officer Jordan Turner ("Turner"), collectively ("LVMPD Defendants"), by and through their attorneys of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., with the law firm of Marquis Aurbach, and hereby agree and jointly stipulate the following;

1. Plaintiffs filed their Motion for Leave to File a Third Amended Complaint on January 11, 2023 [ECF No. 126];

2. Counsel for defendants has not had sufficient time to review the motion and prepare a response, and therefore, is unable to meet the deadline of January 25, 2023 currently scheduled for LVMPD Defendants' Opposition to Plaintiffs' Motion for Leave to File a Third Amended Complaint;

3. The Parties have agreed to a 3-day extension for LVMPD Defendants' Opposition to Plaintiffs' Motion for Leave to File a Third Amended Complaint;

4. Accordingly, the deadline for LVMPD Defendants' Opposition to Plaintiffs' Motion for Leave to File a Third Amended Complaint, currently due on January 25, 2023, be extended to and including Monday, January 30, 2023;

5. This is the Parties' first request to extend the deadline to LVMPD Defendants' Opposition to Plaintiffs' Motion for Leave to File a Third Amended Complaint; and

. . .

. . .

. . .

. . .

MAC:14687-306 4969444_1 1/25/2023 3:17 PM

6. This Stipulation is being entered in good faith and not for purposes of delay.

IT IS SO STIPULATED.

DATED this 25th day of January, 2023

DATED this 25th day of January, 2023

MCLETCHIE LAW

MARQUIS AURBACH

By: /s/ Pieter M. O'Leary
    Margaret A. McLetchie, Esq.
    Nevada Bar No. 10931
    Pieter M. O'Leary, Esq.
    Nevada Bar No. 15297
    Leo S. Wolpert, Esq.
    Nevada Bar No. 12658
    602 South 10th Street
    Las Vegas, Nevada 89101
    Attorneys for Plaintiffs

By: /s/ Jackie V. Nichols
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    Jackie V. Nichols, Esq.
    Nevada Bar No. 14246
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendants Las Vegas
    Metropolitan Police Department,
    Lieutenant Kurt McKenzie, Officer
    Tabatha Dickson, Captain Patricia
    Spencer, Captain Dori Koren, Officer
    Evan Spoon and Officer Jordan Turner

## **ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED this 26th day of January, 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND LVMPD DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT (FIRST REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 25th day of January, 2023.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach

MAC:14687-306 4969444_1 1/25/2023 3:17 PM