MARGARET A. MCLETCHIE, Nevada Bar No. 10931
PIETER M. O'LEARY, Nevada Bar No. 15297
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW GROUP, PLLC**
602 South 10th Street
Las Vegas, NV 89101
Telephone: (702) 728-5300 / Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LANCE DOWNES-COVINGTON, an individual, SOLDADERA SANCHEZ, an individual, ROBERT O'BRIEN, an individual, EMILY DRISCOLL, an individual, ALISON KENADY, an individual, TENISHA MARTIN, an individual, GABRIELA MOLINA, an individual,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; LIEUTENANT KURT MCKENZIE, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER TABATHA DICKSON, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer; CAPTAIN PATRICIA SPENCER, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer; CAPTAIN DORI KOREN, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; EVAN SPOON, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; JORDAN TURNER, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; UNKNOWN OFFICERS 1-14, as individuals and in their capacity as Las Vegas Metropolitan Police Department Officers,<br><br>　　　　Defendants. | **Case. No.: 2:20-cv-01790-CDS-DJA**<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR REPLY IN SUPPORT OF MOTION FOR LEAVE TO AMEND**<br><br>**(FIRST REQUEST)** |

1

Plaintiffs Lance Downes-Covington, Soldadera Sanchez, Robert O'Brien, Emily Driscoll, Alison Kenady, Tenisha Martin, and Gabriela Molina (collectively "Plaintiffs"), by and through their respective counsel, and Defendants, the Las Vegas Metropolitan Police Department ("LVMPD"), Lieutenant Kurt McKenzie, Officer Tabatha Dickson, Captain Patricia Spencer, Captain Dori Koren, Evan Spoon, Jordan Turner, and Unknown Officers 1-14 (collectively "LVMPD Defendants"), by and through their respective counsel,(collectively the "Parties") hereby stipulate to the following:

1. The Parties agree that the deadline to file a Reply in Support of Plaintiffs' Motion for Leave to Amend shall be rescheduled from **February 6, 2023**, to **February 13, 2023**.

2. This is the first request for an extension of this deadline.

3. The Parties both submit that the instant stipulation is being offered in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated this 3rd day of February, 2023. | Dated this 3rd day of February, 2023. |
| MCLETCHIE LAW | MARQUIS AURBACH |
| By: /s/ *Pieter M. O'Leary* | By: /s/ *Jackie V. Nichols* |
| Margaret A. McLetchie, Esq. | Craig R. Anderson, Esq. |
| Nevada Bar No. 10931 | Nevada Bar No. 6882 |
| Pieter M. O'Leary, Esq. | Jackie V. Nichols, Esq. |
| Nevada Bar No. 15297 | Nevada Bar No. 14246 |
| Leo S. Wolpert, Esq. | 10001 Park Run Drive |
| Nevada Bar No. 12658 | Las Vegas, Nevada 89145 |
| 602 South 10th Street | *Attorneys for LVMPD Defendants* |
| Las Vegas, Nevada 89101 | |
| *Attorneys for Plaintiffs* | |

**ORDER**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: February 6, 2023

2

STIPULATION AND ORDER TO EXTEND DEADLINE FOR REPLY IN SUPPORT OF MOTION FOR LEAVE TO AMEND – FIRST REQUEST