MARGARET A. MCLETCHIE, Nevada Bar No. 10931
PIETER M. O'LEARY, Nevada Bar No. 15297
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW GROUP, PLLC**
602 South 10th Street
Las Vegas, NV 89101
Telephone: (702) 728-5300 / Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LANCE DOWNES-COVINGTON, an individual, SOLDADERA SANCHEZ, an individual, ROBERT O'BRIEN, an individual, EMILY DRISCOLL, an individual, ALISON KENADY, an individual, TENISHA MARTIN, an individual, GABRIELA MOLINA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; LIEUTENANT KURT MCKENZIE, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER TABATHA DICKSON, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer; CAPTAIN PATRICIA SPENCER, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer; CAPTAIN DORI KOREN, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; EVAN SPOON, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; JORDAN TURNER, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; UNKNOWN OFFICERS 1-14, as individuals and in their capacity as Las Vegas Metropolitan Police Department Officers,<br><br>Defendants. | Case. No.: 2:20-cv-01790-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR REPLY IN SUPPORT OF MOTION FOR LEAVE TO AMEND**<br><br>**(THIRD REQUEST)** |

1

Plaintiffs Lance Downes-Covington, Soldadera Sanchez, Robert O'Brien, Emily Driscoll, Alison Kenady, Tenisha Martin, and Gabriela Molina (collectively "Plaintiffs"), by and through their respective counsel, and Defendants, the Las Vegas Metropolitan Police Department ("LVMPD"), Lieutenant Kurt McKenzie, Officer Tabatha Dickson, Captain Patricia Spencer, Captain Dori Koren, Evan Spoon, Jordan Turner, and Unknown Officers 1-14 (collectively "LVMPD Defendants"), by and through their respective counsel,(collectively the "Parties") hereby stipulate to the following:

1. The Parties agree that the deadline to file a Reply in Support of Plaintiffs' Motion for Leave to Amend shall be rescheduled from **February 27, 2023**, to **March 6, 2023**.

2. This is the third request for an extension of this deadline.

3. The parties met and conferred by telephone on Saturday, February 11, 2023, to discuss on-going discovery issues and Defendants' production of documents / supplemental discovery responses.

4. Counsel for Plaintiffs initiated this request due to scheduling conflicts that limits their ability to timely and adequately respond to Defendants' Opposition, including, but not limited to, oral argument before the Nevada Supreme Court on March 2, 2023, and an urgent ongoing medical emergency in counsel's immediate family requiring immediate time and attention.

5. The Parties both submit that the instant stipulation is being offered in good faith and not for the purpose of delay.

///
///
///
///
///
///
///
///

IT IS SO STIPULATED.

| | |
|---|---|
| Dated this 27th day of February, 2023. | Dated this 27th day of February, 2023. |
| **MCLETCHIE LAW GROUP, PLLC** | **MARQUIS AURBACH** |
| By: */s/ Pieter M. O'Leary* | By: */s/ Jackie V. Nichols* |
| Margaret A. McLetchie, Esq.<br>Nevada Bar No. 10931<br>Pieter M. O'Leary, Esq.<br>Nevada Bar No. 15297<br>Leo S. Wolpert, Esq.<br>Nevada Bar No. 12658<br>602 South 10th Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiffs* | Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>Jackie V. Nichols, Esq.<br>Nevada Bar No. 14246<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>*Attorneys for LVMPD Defendants* |

**ORDER**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 1, 2023

STIPULATION AND ORDER TO EXTEND DEADLINE FOR REPLY IN SUPPORT OF MOTION FOR LEAVE TO AMEND – THIRD REQUEST