MARGARET A. MCLETCHIE, Nevada Bar No. 10931
PIETER M. O'LEARY, Nevada Bar No. 15297
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW GROUP, PLLC**
602 South 10th Street
Las Vegas, NV 89101
Telephone: (702) 728-5300 / Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LANCE DOWNES-COVINGTON, an individual, SOLDADERA SANCHEZ, an individual, ROBERT O'BRIEN, an individual, EMILY DRISCOLL, an individual, ALISON KENADY, an individual, TENISHA MARTIN, an individual, GABRIELA MOLINA, an individual,<br><br>Plaintiffs<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; LIEUTENANT KURT MCKENZIE, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER TABATHA DICKSON, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer; CAPTAIN PATRICIA SPENCER, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer; CAPTAIN DORI KOREN, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; EVAN SPOON, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; JORDAN TURNER, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; UNKNOWN OFFICERS 1-14, as individuals and in their capacity as Las Vegas Metropolitan Police Department Officers,<br><br>Defendants | Case. No.: 2:20-cv-01790-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION [ECF NO. 144]**<br><br>**(FIRST REQUEST)** |

STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OBJECTIONS TO REPORT
AND RECOMMENDATION [ECF NO. 144] – FIRST REQUEST

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

Plaintiffs Lance Downes-Covington, Soldadera Sanchez, Robert O'Brien, Emily Driscoll, Alison Kenady, Tenisha Martin, and Gabriela Molina (collectively "Plaintiffs"), by and through their respective counsel, and Defendants, the Las Vegas Metropolitan Police Department ("LVMPD"), Lieutenant Kurt McKenzie, Officer Tabatha Dickson, Captain Patricia Spencer, Captain Dori Koren, Evan Spoon, Jordan Turner, and Unknown Officers 1-14 (collectively "LVMPD Defendants"), by and through their respective counsel, (collectively the "Parties") hereby stipulate to the following:

1. The Parties agree that the deadline to file objections to the Report and Recommendation issued April 20, 2023 (ECF No. 144) shall be rescheduled from **May 4, 2023**, to **May 11, 2023**.

2. This is the first request for an extension of this deadline.

3. Counsel for Plaintiffs initiated this request due to scheduling conflicts that limits their ability to timely and adequately lodge objections to the Report and Recommendation, due to an unexpected personal emergency requiring significant time and attention.

4. The Parties both submit that the instant stipulation is being offered in good faith and not for the purpose of delay.

///
///
///
///
///
///
///
///
///
///
///
///

STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION [ECF NO. 144] – FIRST REQUEST

IT IS SO STIPULATED.

Dated this 4th day of May, 2023.

Dated this 4th day of May, 2023.

**MCLETCHIE LAW GROUP, PLLC**

**MARQUIS AURBACH**

By: */s/ Margaret A. McLetchie*
   Margaret A. McLetchie, Esq.
   Nevada Bar No. 10931
   Pieter M. O'Leary, Esq.
   Nevada Bar No. 15297
   Leo S. Wolpert, Esq.
   Nevada Bar No. 12658
   602 South 10th Street
   Las Vegas, Nevada 89101
   *Attorneys for Plaintiffs*

By: */s/ Jackie V. Nichols*
   Craig R. Anderson, Esq.
   Nevada Bar No. 6882
   Jackie V. Nichols, Esq.
   Nevada Bar No. 14246
   10001 Park Run Drive
   Las Vegas, Nevada 89145
   *Attorneys for LVMPD Defendants*

## <u>ORDER</u>

IT IS THEREFORE ORDERED that the stipulation to extend the deadline to file objections to the Report and Recommendation issued April 20, 2023, (ECF No. 144) is granted, *nunc pro tunc*, to the date of the request. The deadline is extended from May 4, 2023, to May 11, 2023.

_____
UNITED STATES DISTRICT JUDGE
DATED: May 10, 2023

STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION [ECF NO. 144] – FIRST REQUEST

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702) 728-5300 (T) / (702) 425-8220 (F)
WWW.NVLITIGATION.COM