**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
   Attorneys for Defendants Las Vegas Metropolitan Police Department,
   Lieutenant Kurt McKenzie, Officer Tabatha Dickson, Captain Patricia
   Spencer, Captain Dori Koren, Officer Evan Spoon and Officer Jordan Turner

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| LANCE DOWNES-COVINGTON, an individual, SOLDADERA SANCHEZ, an individual, ROBERT O'BRIEN, an individual, EMILY DRISCOLL, an individual, ALISON KENADY, an individual, TENISHA MARTIN, an individual, GABRIELA MOLINA, an individual,<br><br>                              Plaintiffs,<br><br>     vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; LIEUTENANT KURT MCKENZIE, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER TABATHA DICKSON, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer; CAPTAIN PATRICIA SPENCER, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer; CAPTAIN DORI KOREN, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; EVAN SPOON, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; JORDAN TURNER, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; UNKNOWN OFFICERS 1-14, as individuals and in their capacity as Las Vegas Metropolitan Police Department Officers,<br><br>                              Defendants. | Case Number:<br>2:20-cv-01790-CDS-DJA<br><br><br>**STIPULATION AND ORDER TO EXTEND LVMPD DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS BASED ON DEFENDANTS' DESTRUCTION OF EVIDENCE**<br><br><br>**(FIRST REQUEST)** |

MAC:14687-306 5197626_3 8/22/2023 2:59 PM

Plaintiffs Lance Downes-Covington, Soldadera Sanchez, Robert O'Brien, Emily Driscoll, Alison Kenady, Tenisha Martin, and Gabriela Molina ("Plaintiffs"), by and through their attorneys of record, Margaret A. McLetchie, Esq., Leo S. Wolpert, Esq., and Pieter M. O'Leary, Esq., with the law firm of McLetchie Law and Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Lieutenant Kurt McKenzie ("McKenzie"), Officer Tabatha Dickson ("Dickson"), Captain Patricia Spencer ("Spencer"), Captain Dori Koren ("Koren"), Officer Evan Spoon ("Spoon"), and Officer Jordan Turner ("Turner"), collectively ("LVMPD Defendants"), by and through their attorneys of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., with the law firm of Marquis Aurbach, and hereby agree and jointly stipulate the following;

1.    Plaintiffs filed their Motion for Sanctions Based on Defendants' Destruction of Evidence on August 1, 2023 [ECF No. 153];

2.    Defendants filed their Motion to Extend Opposition to Plaintiff's Motion for Sanctions Based on Defendants' Destruction of Evidence on August 15, 2023 [ECF No. 155];

3.    On August 16, 2023, the Court granted Defendants' Motion to Extend Opposition extending the deadline for Defendants' response to August 22, 2023 [ECF No. 156];

4.    Counsel for defendants has not had sufficient time to review the motion and prepare a response, and therefore, is unable to meet the deadline of August 22, 2023 currently scheduled for LVMPD Defendants' Opposition to Plaintiffs' Motion for Sanctions Based on Defendants' Destruction of Evidence;

5.    The Parties have met and conferred and agreed to a one-day extension for LVMPD Defendants' Opposition to Plaintiffs' Motion for Sanctions Based on Defendants' Destruction of Evidence;

6.    Accordingly, the deadline for LVMPD Defendants' Opposition to Plaintiffs' Motion for Sanctions Based on Defendants' Destruction of Evidence, currently due on August 22, 2023, be extended to and including Wednesday, August 23, 2023;

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-306 5197626_3 8/22/2023 2:59 PM

7.      This is the Parties' first request to extend the deadline to LVMPD Defendants' Opposition to Plaintiffs' Motion for Sanctions Based on Defendants' Destruction of Evidence; and

8.      This Stipulation is being entered in good faith and not for purposes of delay.

IT IS SO STIPULATED.

DATED this 22nd day of August, 2023                DATED this 22nd day of August, 2023

MCLETCHIE LAW                                                       MARQUIS AURBACH


By:   /s/ Pieter M. O'Leary                                      By:   /s/ Jackie V. Nichols
       Margaret A. McLetchie, Esq.                                  Craig R. Anderson, Esq.
       Nevada Bar No. 10931                                         Nevada Bar No. 6882
       Pieter M. O'Leary, Esq.                                      Jackie V. Nichols, Esq.
       Nevada Bar No. 15297                                         Nevada Bar No. 14246
       Leo S. Wolpert, Esq.                                         10001 Park Run Drive
       Nevada Bar No. 12658                                         Las Vegas, Nevada 89145
       602 South 10th Street                                        Attorneys for Defendants Las Vegas
       Las Vegas, Nevada 89101                                      Metropolitan Police Department,
       Attorneys for Plaintiffs                                     Lieutenant Kurt McKenzie, Officer
                                                                    Tabatha Dickson, Captain Patricia
                                                                    Spencer, Captain Dori Koren, Officer
                                                                    Evan Spoon and Officer Jordan Turner

## ORDER

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED this 23rd day of _____August_____, 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

MAC:14687-306 5197626_3 8/22/2023 2:59 PM

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND LVMPD DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS BASED ON DEFENDANTS' DESTRUCTION OF EVIDENCE (FIRST REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 22nd day of August, 2023.

☒  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐  I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-306 5197626_3 8/22/2023 2:59 PM