MARGARET A. MCLETCHIE, Nevada Bar No. 10931
PIETER M. O'LEARY, Nevada Bar No. 15297
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South 10th Street
Las Vegas, NV 89101
Telephone: (702) 728-5300 / Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LANCE DOWNES-COVINGTON, an individual, SOLDADERA SANCHEZ, an individual, ROBERT O'BRIEN, an individual, EMILY DRISCOLL, an individual, ALISON KENADY, an individual, TENISHA MARTIN, an individual, GABRIELA MOLINA, an individual,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; LIEUTENANT KURT MCKENZIE, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER TABATHA DICKSON, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer; CAPTAIN PATRICIA SPENCER, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer; CAPTAIN DORI KOREN, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; EVAN SPOON, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; JORDAN TURNER, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; UNKNOWN OFFICERS 1-14, as individuals and in their capacity as Las Vegas Metropolitan Police Department Officers,<br><br>　　　　Defendants. | **Case No.:** 2:20-cv-01790-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR SANCTIONS BASED ON DEFENDANTS' DESTRUCTION OF EVIDENCE**<br><br>**(FIRST REQUEST)** |

1

Plaintiffs Lance Downes-Covington, Soldadera Sanchez, Robert O'Brien, Emily Driscoll, Alison Kenady, Tenisha Martin, and Gabriela Molina (collectively "Plaintiffs"), by and through their respective counsel, and Defendants, the Las Vegas Metropolitan Police Department ("LVMPD"), Lieutenant Kurt McKenzie, Officer Tabatha Dickson, Captain Patricia Spencer, Captain Dori Koren, Evan Spoon, Jordan Turner, and Unknown Officers 1-14 (collectively "LVMPD Defendants"), by and through their respective counsel, (collectively the "Parties") hereby stipulate to the following:

1. On August 1, 2023, Plaintiffs filed their Motion for Sanctions Based on Defendants' Destruction of Evidence (ECF No. 153);

2. On August 22, 2023, the Court granted Defendants' Motion to Extend Opposition to Plaintiffs' Motion for Sanctions Based on Defendants' Destruction of Evidence ("Defendants' Opposition")(ECF No. 156);

3. The deadline for Plaintiffs' Reply in Support of their Motion for Sanctions Based on Defendants' Destruction of Evidence is currently August 30, 2023;

4. Counsel for Plaintiffs has not had sufficient time to review Defendants' Opposition and supporting exhibits in order to adequately prepare a Reply, and therefore, is unable to meet the August 30, 2023, deadline;

5. The Parties have met and conferred and agree that the deadline for Plaintiffs' to file their Reply in Support of Plaintiffs' Motion for Sanctions Based on Defendants' Destruction shall be extended by fourteen (14) days;

6. Accordingly, the deadline for Plaintiffs' Reply in Support of Plaintiffs' Motion for Sanctions Based on Defendants' Destruction shall be rescheduled from August 30, 2023, to September 13, 2023;

7. This is the Parties' first request for an extension of this deadline.

/ / /

/ / /

/ / /

/ / /

8. The Parties both submit that the instant stipulation is being offered in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

Dated this 29th day of August, 2023.

**MCLETCHIE LAW**

By: */s/ Pieter M. O'Leary*
   Margaret A. McLetchie, Esq.
   Nevada Bar No. 10931
   Pieter M. O'Leary, Esq.
   Nevada Bar No. 15297
   Leo S. Wolpert, Esq.
   Nevada Bar No. 12658
   602 South 10th Street
   Las Vegas, Nevada 89101
   *Attorneys for Plaintiffs*

Dated this 29th day of August, 2023.

**MARQUIS AURBACH**

By: */s/ Jackie V. Nichols*
   Craig R. Anderson, Esq.
   Nevada Bar No. 6882
   Jackie V. Nichols, Esq.
   Nevada Bar No. 14246
   10001 Park Run Drive
   Las Vegas, Nevada 89145
   *Attorneys for LVMPD Defendants*

**IT IS SO ORDERED**.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: August 31, 2023