MARGARET A. MCLETCHIE, Nevada Bar No. 10931
PIETER M. O'LEARY, Nevada Bar No. 15297
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South 10th Street
Las Vegas, NV 89101
Telephone: (702) 728-5300 / Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LANCE DOWNES-COVINGTON, an individual, SOLDADERA SANCHEZ, an individual, ROBERT O'BRIEN, an individual, EMILY DRISCOLL, an individual, ALISON KENADY, an individual, TENISHA MARTIN, an individual, GABRIELA MOLINA, an individual,<br><br>    Plaintiffs,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; LIEUTENANT KURT MCKENZIE, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER TABATHA DICKSON, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer; CAPTAIN PATRICIA SPENCER, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer; CAPTAIN DORI KOREN, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; EVAN SPOON, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; JORDAN TURNER, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; UNKNOWN OFFICERS 1-14, as individuals and in their capacity as Las Vegas Metropolitan Police Department Officers,<br><br>    Defendants. | **Case No.:** 2:20-cv-01790-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR SANCTIONS BASED ON DEFENDANTS' DESTRUCTION OF EVIDENCE**<br><br>**(SECOND REQUEST)** |

1

Plaintiffs Lance Downes-Covington, Soldadera Sanchez, Robert O'Brien, Emily Driscoll, Alison Kenady, Tenisha Martin, and Gabriela Molina (collectively "Plaintiffs"), by and through their respective counsel, and Defendants, the Las Vegas Metropolitan Police Department ("LVMPD"), Lieutenant Kurt McKenzie, Officer Tabatha Dickson, Captain Patricia Spencer, Captain Dori Koren, Evan Spoon, Jordan Turner, and Unknown Officers 1-14 (collectively "LVMPD Defendants"), by and through their respective counsel,(collectively the "Parties") hereby stipulate to the following:

1. On August 1, 2023, Plaintiffs filed their Motion for Sanctions Based on Defendants' Destruction of Evidence (ECF No. 153);

2. On August 22, 2023, the Court granted Defendants' Motion to Extend Opposition to Plaintiffs' Motion for Sanctions Based on Defendants' Destruction of Evidence ("Defendants' Opposition") (ECF No. 156);

3. The deadline for Plaintiffs' Reply in Support of their Motion for Sanctions Based on Defendants' Destruction of Evidence was August 30, 2023;

4. On August 29, 2023, the Parties stipulated to extend the deadline for Plaintiffs' Reply from August 30, 2023, to September 13, 2023 (ECF No. 161);

5. Due to competing deadlines in other matters, Counsel for Plaintiffs has not had sufficient time to prepare its Reply, and therefore, is unable to meet the September 13, 2023, deadline;

6. The Parties have met and conferred and agree that the deadline for Plaintiffs to file their Reply in Support of their Motion for Sanctions Based on Defendants' Destruction shall be extended by seven (7) days;

7. Accordingly, the deadline for Plaintiffs' Reply in Support of their Motion for Sanctions Based on Defendants' Destruction shall be rescheduled from September 13, 2023, to September 20, 2023;

8. This is the Parties' Second request for an extension of this deadline.

/ / /

/ / /

9. The Parties both submit that the instant stipulation is being offered in good faith and not for the purpose of delay.

**IT IS SO STIPULATED**

.

Dated this 12th day of September 2023.    Dated this 12th day of September 2023.

**MCLETCHIE LAW**                                    **MARQUIS AURBACH**

By: */s/ Pieter M. O'Leary*                          By: */s/ Jackie V. Nichols*
   Margaret A. McLetchie, Esq.                         Craig R. Anderson, Esq.
   Nevada Bar No. 10931                                 Nevada Bar No. 6882
   Pieter M. O'Leary, Esq.                              Jackie V. Nichols, Esq.
   Nevada Bar No. 15297                                 Nevada Bar No. 14246
   Leo S. Wolpert, Esq.                                 10001 Park Run Drive
   Nevada Bar No. 12658                                 Las Vegas, Nevada 89145
   602 South 10th Street                                *Attorneys for LVMPD Defendants*
   Las Vegas, Nevada 89101
   *Attorneys for Plaintiffs*

**ORDER**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 9/19/2023

3