MARGARET A. MCLETCHIE, Nevada Bar No. 10931
PIETER M. O'LEARY, Nevada Bar No. 15297
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South 10th Street
Las Vegas, NV 89101
Telephone: (702) 728-5300 / Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Counsel for Plaintiffs*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

LANCE        DOWNES-COVINGTON,     an
individual,   SOLDADERA   SANCHEZ,    an
individual, ROBERT O'BRIEN, an individual,
EMILY DRISCOLL, an individual, ALISON
KENADY, an individual, TENISHA MARTIN,
an  individual,  GABRIELA  MOLINA,    an
individual,

                Plaintiffs,

      vs.

LAS  VEGAS  METROPOLITAN  POLICE
DEPARTMENT,   in   its   official   capacity;
LIEUTENANT KURT MCKENZIE, as an
individual and in his capacity as a Las Vegas
Metropolitan   Police   Department   Officer;
OFFICER TABATHA DICKSON, as an
individual and in her capacity as a Las Vegas
Metropolitan   Police   Department   Officer;
CAPTAIN   PATRICIA   SPENCER,    as    an
individual and in her capacity as a Las Vegas
Metropolitan   Police   Department   Officer;
CAPTAIN DORI KOREN, as an individual and
in his capacity as a Las Vegas Metropolitan Police
Department   Officer;   EVAN   SPOON,   as   an
individual and in his capacity as a Las Vegas
Metropolitan   Police   Department   Officer;
JORDAN TURNER, as an individual and in his
capacity as a Las Vegas Metropolitan Police
Department Officer; UNKNOWN OFFICERS 1-
14, as individuals and in their capacity as Las
Vegas Metropolitan Police Department Officers,

            Defendants.

**Case No.:** 2:20-cv-01790-CDS-DJA

**STIPULATION AND ORDER TO
EXTEND DISCOVERY PLAN
AND SCHEDULING ORDER
DEADLINES**

**(THIRTEENTH REQUEST)**

**As amended on pages 2 and 27**

1

<u>**STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND
SCHEDULING ORDER DEADLINES (THIRTEENTH REQUEST)**</u>

Plaintiffs Lance Downes-Covington, Soldadera Sanchez, Robert O'Brien, Emily Driscoll, Alison Kenady, Tenisha Martin, and Gabriela Molina ("Plaintiffs"), by and through their attorneys of record, Margaret A. McLetchie, Esq., Leo S. Wolpert, Esq., and Pieter M. O'Leary, Esq., with the law firm of McLetchie Law and Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Lieutenant Kurt McKenzie ("McKenzie"), Officer Tabatha Dickson ("Dickson"), Captain Patricia Spencer ("Spencer"), Captain Dori Koren ("Koren"), Officer Evan Spoon ("Spoon"), and Officer Jordan Turner ("Turner"), collectively ("LVMPD Defendants"), by and through their attorneys of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., with the law firm of Marquis Aurbach, hereby stipulate and agree to extend the Discovery Plan and Scheduling Order deadlines an additional ~~sixty (60)~~ **ninety (90)** days. This Stipulation is being entered in good faith and not for purposes of delay (supplemented information noted in **bold-face** type).

**I.    STATUS OF DISCOVERY.**

    **A.    PLAINTIFFS' DISCOVERY.**

1.     Plaintiffs' Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated January 20, 2021;

2.     Plaintiff Lance Downes-Covington's Responses to LVMPD's First Set of Interrogatories dated May 13, 2021;

3.     Plaintiff Soldadera Sanchez's Responses to LVMPD's First Set of Interrogatories dated May 13, 2021;

4.     Plaintiff Robert O'Brien's Responses to LVMPD's First Set of Interrogatories dated May 13, 2021;

5.     Plaintiff Emily Driscoll's Responses to LVMPD's First Set of Interrogatories dated May 13, 2021;

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) | (702)425-8220 (F)
WWW.NVLITIGATION.COM

6.   Plaintiff Alison Kenady's Responses to LVMPD's First Set of Interrogatories dated May 13, 2021;

7.   Plaintiff Tenisha Martin's Responses to LVMPD's First Set of Interrogatories dated May 13, 2021;

8.   Plaintiff Gabriela Molina's Responses to LVMPD's First Set of Interrogatories dated May 13, 2021;

9.   Plaintiff Lance Downes-Covington's Responses to LVMPD's First Set of Requests for Production of Documents dated May 13, 2021;

10.   Plaintiff Soldadera Sanchez's Responses to LVMPD's First Set of Requests for Production of Documents dated May 13, 2021;

11.   Plaintiff Robert O'Brien's Responses to LVMPD's First Set of Requests for Production of Documents dated May 13, 2021;

12.   Plaintiff Emily Driscoll's Responses to LVMPD's First Set of Requests for Production of Documents dated May 13, 2021;

13.   Plaintiff Alison Kenady's Responses to LVMPD's First Set of Requests for Production of Documents dated May 13, 2021;

14.   Plaintiff Tenisha Martin's Responses to LVMPD's First Set of Requests for Production of Documents dated May 13, 2021;

15.   Plaintiff Gabriela Molina's Responses to LVMPD's First Set of Requests for Production of Documents dated May 13, 2021;

16.   Plaintiff Lance Downes-Covington's First Set of Interrogatories to LVMPD dated June 2, 2021;

17.   Plaintiffs' First Set of Requests for Production of Documents to LVMPD dated June 2, 2021;

18.   Plaintiff Emily Driscoll's First Set of Interrogatories to LVMPD dated July 1, 2021;

19.     Plaintiffs' First Supplement to Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated July 1, 2021;

20.     Plaintiffs' Second Supplement to Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated July 8, 2021;

21.     Plaintiffs' Third Supplement to Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated July 12, 2021;

22.     Plaintiff Soldadera Sanchez's Supplemental Responses to LVMPD's First Set of Interrogatories dated July 8, 2021;

23.     Plaintiff Robert O'Brien's Supplemental Responses to LVMPD's First Set of Interrogatories dated July 8, 2021;

24.     Plaintiff Emily Driscoll's Supplemental Responses to LVMPD's First Set of Interrogatories dated July 8, 2021;

25.     Plaintiff Alison Kenady's Supplemental Responses to LVMPD's First Set of Interrogatories dated July 8, 2021;

26.     Plaintiff Tenisha Martin's Supplemental Responses to LVMPD's First Set of Interrogatories dated June 8, 2021;

27.     Plaintiff Soldadera Sanchez's Supplemental Responses to LVMPD's First Set of Requests for Production of Documents dated July 8, 2021;

28.     Plaintiff Robert O'Brien's Supplemental Responses to LVMPD's First Set of Requests for Production of Documents dated July 8, 2021;

29.     Plaintiff Emily Driscoll's Supplemental Responses to LVMPD's First Set of Requests for Production of Documents dated July 8, 2021;

30.     Plaintiff Alison Kenady's Supplemental Responses to LVMPD's First Set of Requests for Production of Documents dated July 8, 2021;

31.     Plaintiff Tenisha Martin's Supplemental Responses to LVMPD's First Set of Requests for Production of Documents dated July 8, 2021;

32.     Plaintiff Gabriela Molina's Supplemental Responses to LVMPD's First Set of Requests for Production of Documents dated July 8, 2021;

33.     Plaintiff Gabriela Molina's Second Supplemental Responses to LVMPD's First Set of Requests for Production of Documents dated July 12, 2021;

34.     Plaintiff Lance Downes-Covington's Supplemental Responses to LVMPD's First Set of Requests for Production of Documents dated July 12, 2021;

35.     Plaintiff Gabriela Molina's Supplemental Responses to LVMPD's First Set of Interrogatories dated July 12, 2021;

36.     Plaintiff Lance Downes-Covington's Supplemental Responses to LVMPD's First Set of Interrogatories dated July 12, 2021;

37.     Plaintiff Tenisha Martin's First Set of Interrogatories to LVMPD dated July 13, 2021;

38.     Plaintiffs' Second Set of Requests for Production of Documents to LVMPD dated July 13, 2021;

39.     Plaintiff Tenisha Martin's Second Set of Interrogatories to LVMPD dated July 14, 2021;

40.     Plaintiffs' Third Set of Requests for Production of Documents to LVMPD dated July 14, 2021;

41.     Plaintiffs' Fourth Supplement to Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated September 15, 2021;

42.     Plaintiff Tenisha Martin's Third Set of Interrogatories to LVMPD dated September 15, 2021;

43.     Plaintiffs' Fourth Set of Requests for Production of Documents to LVMPD dated September 15, 2021;

44.     Plaintiffs' First Set of Requests for Admission to LVMPD dated September 17, 2021;

5

45.     Tenisha Martin's Responses to Lt. Kurt McKenzie's First Set of Interrogatories dated December 16, 2021;

46.     Soldadera Sanchez's Responses to Lt. Kurt McKenzie's First Set of Interrogatories dated December 16, 2021;

47.     Robert O' Brien's Responses to Lt. Kurt McKenzie's First Set of Interrogatories dated December 16, 2021;

48.     Lance Downes-Covington's Responses to Lt. Kurt McKenzie's First Set of Interrogatories dated December 16, 2021;

49.     Gabriela Molina's Responses to Lt. Kurt McKenzie's First Set of Interrogatories dated December 16, 2021;

50.     Emily Driscoll's Responses to Lt. Kurt McKenzie's First Set of Interrogatories dated December 16, 2021;

51.     Alison Kenady's Responses to Lt. Kurt McKenzie's First Set of Interrogatories dated December 16, 2021;

52.     Tenisha Martin's Responses to LVMPD's First Set of Requests for Admissions dated December 16, 2021;

53.     Soldadera Sanchez's Responses to LVMPD's First Set of Requests for Admissions dated December 16, 2021;

54.     Robert O'Brien's Responses to LVMPD's First Set of Requests for Admissions dated December 16, 2021;

55.     Lance Downes-Covington's Responses to LVMPD's First Set of Requests for Admissions dated December 16, 2021;

56.     Gabriela Molina's Responses to LVMPD's First Set of Requests for Admissions dated December 16, 2021;

57.     Emily Driscoll's Responses to LVMPD's First Set of Requests for Admissions dated December 16, 2021;

58. Alison Kenady's Responses to LVMPD's First Set of Requests for Admissions dated December 16, 2021;

59. Alison Kenady's First Set of Interrogatories to LVMPD dated April 1, 2022;

60. Emily Driscoll's Second Set of Interrogatories to LVMPD dated April 1, 2022;

61. Gabriella Molina's First Set of Interrogatories to LVMPD dated April 1, 2022;

62. Lance Downes-Covington's Second Set of Interrogatories to LVMPD dated April 1, 2022;

63. Plaintiffs' Fifth Set of Requests for Production of Documents to LVMPD dated April 1, 2022;

64. Robert O'Brien's First Set of Interrogatories to LVMPD dated April 1, 2022;

65. Plaintiffs' Second Set of Requests for Admissions to LVMPD dated April 1, 2022;

66. Sol Sanchez's First Set of Interrogatories to LVMPD dated April 1, 2022;

67. Plaintiffs' First Set of Requests for Production of Documents to Defendant Joe Lombardo [Request Nos. 1-5] dated June 17, 2022;

68. Plaintiffs' First Set of Requests for Admissions to Defendant Tabatha Dickson dated June 17, 2022;

69. Plaintiffs' First Set of Requests for Production of Documents to Defendant Joe Lombardo [Request Nos. 1-4] dated June 17, 2022;

70. Soldadera Sanchez's Second Set of Interrogatories to LVMPD dated June 17, 2022;

71. Robert O'Brien's Second Set of Interrogatories to LVMPD dated June 17, 2022;

72.   Emily Driscoll's Third Set of Interrogatories to LVMPD dated June 17, 2022;

73.   Lance Downes-Covington's Third Set of Interrogatories to LVMPD dated June 17, 2022;

74.   Plaintiffs' Sixth Set of Requests for Production of Documents to LVMPD dated June 17, 2022;

75.   Plaintiffs' Third Set of Requests for Admissions to LVMPD dated June 17, 2022;

76.   Tenisha Martin's Fourth Set of Interrogatories to LVMPD dated June 17, 2022;

77.   Lance Downes-Covington's First Set of Interrogatories to Officer Tabatha Dickson dated June 17, 2022;

78.   Soldadera Sanchez's First Set of Interrogatories to Joe Lombardo dated June 17, 2022;

79.   Soldadera Sanchez's First Set of Interrogatories to Lt. Kurt McKenzie dated June 17, 2022;

80.   Plaintiffs' First Set of Requests for Production of Documents to Defendant Patricia Spencer dated June 17, 2022;

81.   Plaintiffs' First Set of Requests for Production of Documents to Defendant Dori Koren dated June 17, 2022;

82.   Plaintiffs' First Set of Requests for Production of Documents to Joe Lombardo [Request No. 1] dated June 17, 2022;

83.   Plaintiffs' First Set of Requests for Production of Documents to Lt. Kurt McKenzie dated June 17, 2022;

84.   Tenisha Martin's First Set of Interrogatories to Lt. Kurk McKenzie dated June 17, 2022;

85.     Plaintiffs' Third Set of Requests for Admissions to LVMPD dated June 21, 2022;

86.     Plaintiffs' Sixth Set of Requests for Production of Documents to LVMPD dated June 21, 2022;

87.     Emily Driscoll's Third Set of Interrogatories to LVMPD dated June 21, 2022;

88.     Lance Downes-Covington's Third Set of Interrogatories to LVMPD dated June 21, 2022;

89.     Robert O'Brien's Second Set of Interrogatories to LVMPD dated June 21, 2022;

90.     Soldadera Sanchez's First Set of Interrogatories to Lt. Kurt McKenzie dated June 21, 2022;

91.     Soldadera Sanchez's First Set of Interrogatories to Joe Lombardo dated June 21, 2022;

92.     Soldadera Sanchez's Second Set of Interrogatories to LVMPD dated June 21, 2022;

93.     Plaintiffs' First Set of Requests for Admissions to Officer Tabatha Dickson dated June 21, 2022;

94.     Plaintiffs' First Set of Requests for Production of Documents to Joe Lombardo [Request Nos. 1-5] dated June 21, 2022;

95.     Plaintiffs' First Set of Requests for Production of Documents to Lt. Kurt McKenzie dated June 21, 2022;

96.     Plaintiffs' First Set of Requests for Production of Documents to Officer Tabatha Dickson dated June 21, 2022;

97.     Plaintiffs' First Set of Requests for Production of Documents to Patricia Spencer dated June 21, 2022;

98.     Plaintiffs' First Set of Requests for Production of Documents to Captain Dori Koren dated June 21, 2022;

99.     Lance Downes-Covington's First Set of Interrogatories to Officer Tabatha Dickson dated June 21, 2022;

100.    Tenisha Martin's First Set of Interrogatories to Lt. Kurt McKenzie dated June 21, 2022;

101.    Tenisha Martin's Fourth Set of Interrogatories to LVMPD dated June 21, 2022;

102.    Plaintiff Emily Driscoll's Requests for Admissions to LVMPD - Set One dated October 27, 2022.

103.    Plaintiff Emily Driscoll's Interrogatories to LVMPD - Set Four dated October 27, 2022.

104.    Plaintiff Emily Driscoll's Interrogatories to Tabatha Dickson - Set One dated October 27, 2022.

105.    Plaintiff Emily Driscoll's Requests for Production of Documents to LVMPD - Set One dated October 27, 2022.

106.    Plaintiff Emily Driscoll's Requests for Production of Documents to Tabatha Dickson - Set One dated October 27, 2022.

107.    Plaintiff Emily Driscoll's Requests for Admissions to Tabatha Dickson - Set One dated October 27, 2022.

108.    Plaintiff Gabriela Molina's Interrogatories to LVMPD - Set Two dated October 27, 2022.

109.    Plaintiff Gabriela Molina's Interrogatories to Tabatha Dickson - Set One dated October 27, 2022.

110.    Plaintiff Gabriela Molina's Requests for Production of Documents to LVMPD - Set One dated October 27, 2022.

111.   Plaintiff Gabriela Molina's Requests for Production of Documents to Tabatha Dickson - Set One dated October 27, 2022.

112.   Plaintiff Gabriela Molina's Requests for Admissions to LVMPD - Set One dated October 27, 2022.

113.   Plaintiff Gabriela Molina's Requests for Admissions to Tabatha Dickson - Set One dated October 27, 2022.

114.   Plaintiff Lance Downes-Covington's Interrogatories to LVMPD - Set Four dated October 27, 2022.

115.   Plaintiff Lance Downes-Covington's Interrogatories to Tabatha Dickson - Set Two dated October 27, 2022.

116.   Plaintiff Lance Downes-Covington's Interrogatories to Jordan Turner - Set One dated October 27, 2022.

117.   Plaintiff Lance Downes-Covington's Requests for Production of Documents to LVMPD - Set One dated October 27, 2022.

118.   Plaintiff Lance Downes-Covington's Requests for Production of Documents to Tabatha Dickson - Set One dated October 27, 2022.

119.   Plaintiff Lance Downes-Covington's Requests for Production of Documents to Jordan Turner - Set One dated October 27, 2022.

120.   Plaintiff Lance Downes-Covington's Requests for Admissions to LVMPD - Set One dated October 27, 2022.

121.   Plaintiff Lance Downes-Covington's Requests for Admissions to Tabatha Dickson - Set One dated October 27, 2022.

122.   Plaintiff Lance Downes-Covington's Requests for Admissions to Jordan Turner - Set One dated October 27, 2022.

123.   Soldadera Sanchez's Requests for Production of Documents to LVMPD - Set One dated November 7, 2022.

124.    Soldadera Sanchez's Requests for Admissions to LVMPD - Set One dated November 7, 2022.

125.    Robert O'Brien's Interrogatories to LVMPD - Set One dated November 7, 2022.

126.    Robert O'Brien's Requests for Production of Documents to LVMPD - Set One dated November 7, 2022.

127.    Robert O'Brien's Requests for Admissions to LVMPD - Set One dated November 7, 2022.

128.    Alison Kenady's Interrogatories to LVMPD - Set Two dated November 7, 2022.

129.    Alison Kenady's Requests for Production of Documents to LVMPD - Set One dated November 7, 2022.

130.    Alison Kenady's Requests for Admissions to LVMPD - Set One dated November 7, 2022.

131.    Tenisha Martin's Requests for Production of Documents to LVMPD - Set One dated November 7, 2022.

132.    Tenisha Martin's Requests for Admissions to LVMPD - Set One dated November 7, 2022.

133.    Plaintiffs' Fifth Supplement to Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated January 4, 2023;

134.    Plaintiffs' Sixth Supplement to Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated January 20, 2023.

135.    Tenisha Martin's Requests for Production of Documents to LVMPD - Set Two, dated January 17, 2023.

136.    Tenisha Martin's Requests for Production of Documents to LVMPD – Set Three, dated April 18, 2023.

137.    Plaintiff Lance Downes-Covington's Requests for Production to LVMPD - Set Two dated May 16, 2023.

138.    Plaintiff Gabriela Molina's Requests for Admissions to LVMPD - Set Two dated June 14, 2023.

## B.    DEFENDANTS' DISCOVERY.

1.    LVMPD Defendants' Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated January 20, 2021.

2.    LVMPD's First Set of Interrogatories to Plaintiff Lance Downes-Covington dated March 12, 2021.

3.    LVMPD's First Set of Interrogatories to Plaintiff Soldadera Sanchez dated March 12, 2021.

4.    LVMPD's First Set of Interrogatories to Plaintiff Robert O'Brien dated March 12, 2021.

5.    LVMPD's First Set of Interrogatories to Plaintiff Emily Driscoll dated March 12, 2021.

6.    LVMPD's First Set of Interrogatories to Plaintiff Alison Kenady dated March 12, 2021.

7.    LVMPD's First Set of Interrogatories to Plaintiff Tenisha Martin dated March 12, 2021.

8.    LVMPD's First Set of Interrogatories to Plaintiff Gabriela Molina dated March 12, 2021.

9.    LVMPD's First Set of Request for Production of Documents to Plaintiff Lance Downes-Covington dated March 12, 2021.

10.    LVMPD's First Set of Request for Production of Documents to Plaintiff Soldadera Sanchez dated March 12, 2021.

11.     LVMPD's First Set of Request for Production of Documents to Plaintiff Robert O'Brien dated March 12, 2021.

12.     LVMPD's First Set of Request for Production of Documents to Plaintiff Emily Driscoll dated March 12, 2021.

13.     LVMPD's First Set of Request for Production of Documents to Plaintiff Alison Kenady dated March 12, 2021.

14.     LVMPD's First Set of Request for Production of Documents to Plaintiff Tenisha Martin dated March 12, 2021.

15.     LVMPD's First Set of Request for Production of Documents to Plaintiff Gabriela Molina dated March 12, 2021.

16.     LVMPD Defendants' First Supplement to Initial Disclosures of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated July 20, 2021.

17.     LVMPD's Answers to Plaintiff Lance Downes-Covington's First Set of Interrogatories dated July 20, 2021.

18.     LVMPD's Responses to Plaintiffs' First Set of Requests for Production of Documents dated July 20, 2021.

19.     LVMPD's Responses to Plaintiff Emily Driscoll's First Set of Interrogatories dated August 3, 2021.

20.     LVMPD's Supplemental Answers to Plaintiff Lance Downes-Covington's First Set of Interrogatories dated August 3, 2021.

21.     LVMPD's Supplemental Responses to Plaintiffs' First Set of Requests for Production of Documents dated August 3, 2021.

22.     LVMPD Defendants' Second Supplement to Initial Disclosures of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated August 4, 2021.

23.     LVMPD's Supplemental Answers to Plaintiff Lance Downes-Covington's First Set of Interrogatories dated August 9, 2021.

24.     LVMPD Defendants' Third Supplement to Initial Disclosures of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated August 16, 2021.

25.     LVMPD's Responses to Plaintiff Tenisha Martin's First Set of Interrogatories dated August 16, 2021.

26.     LVMPD's Responses to Plaintiff Tenisha Martin's Second Set of Interrogatories dated August 16, 2021.

27.     LVMPD's Responses to Plaintiffs' Third Set of Requests for Production of Documents dated August 16, 2021.

28.     LVMPD's Responses to Plaintiffs' Second Set of Requests for Production of Documents dated August 30, 2021.

29.     LVMPD's Responses to Plaintiff Tenisha Martin's Second Set of Interrogatories dated August 30, 2021.

30.     LVMPD Defendants' Fourth Supplement to Initial Disclosures of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated August 30, 2021.

31.     LVMPD Defendants' Privilege Log dated August 30, 2021.

32.     LVMPD's Amended Responses to Plaintiffs' Third Set of Requests for Production of Documents dated September 13, 2021.

33.     LVMPD's Amended Responses to Plaintiffs' Second Set of Requests for Production of Documents dated September 13, 2021.

34.     LVMPD's Amended Responses to Plaintiff Tenisha Martin's Second Set of Interrogatories dated September 13, 2021.

35.     LVMPD's Amended Responses to Plaintiff Emily Driscoll's First Set of Interrogatories dated September 13, 2021.

36.     Lt. McKenzie's First Set of Interrogatories to Plaintiff Lance Downes-Covington dated September 22, 2021.

37.     Lt. McKenzie's First Set of Interrogatories to Plaintiff Soldadera Sanchez dated September 22, 2021.

15

38.     Lt. McKenzie's First Set of Interrogatories to Plaintiff Robert O'Brien dated September 22, 2021.

39.     Lt. McKenzie's First Set of Interrogatories to Plaintiff Emily Driscoll dated September 22, 2021.

40.     Lt. McKenzie's First Set of Interrogatories to Plaintiff Alison Kenady dated September 22, 2021.

41.     Lt. McKenzie's First Set of Interrogatories to Plaintiff Tenisha Martin dated September 22, 2021.

42.     Lt. McKenzie's First Set of Interrogatories to Plaintiff Gabriela Molina dated September 22, 2021.

43.     LVMPD's First Set of Requests for Admission to Plaintiff Lance Downes-Covington dated September 22, 2021.

44.     LVMPD's First Set of Requests for Admission to Plaintiff Soldadera Sanchez dated September 22, 2021.

45.     LVMPD's First Set of Requests for Admission to Plaintiff Robert O'Brien dated September 22, 2021.

46.     LVMPD's First Set of Requests for Admission to Plaintiff Emily Driscoll dated September 22, 2021.

47.     LVMPD's First Set of Requests for Admission to Plaintiff Alison Kenady dated September 22, 2021.

48.     LVMPD's First Set of Requests for Admission to Plaintiff Tenisha Martin dated September 22, 2021.

49.     LVMPD's First Set of Requests for Admission to Plaintiff Gabriela Molina dated September 22, 2021.

50.     LVMPD Defendants' Fifth Supplement to Initial Disclosures of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated October 11, 2021.

51.     LVMPD's Responses to Plaintiffs' Fourth Set of Requests for Production of Documents dated October 18, 2021.

52.     LVMPD's Responses to Plaintiff Tenisha Martin's Third Set of Interrogatories dated October 18, 2021.

53.     LVMPD's Responses to Plaintiffs' First Set of Requests Admission dated October 20, 2021.

54.     LVMPD's Answers to Plaintiff Lance Downes-Covington's Second Set of Interrogatories dated May 5, 2022.

55.     LVMPD's Answers to Plaintiff Alison Kenady's First Set of Interrogatories dated May 5, 2022.

56.     LVMPD's Answers to Plaintiff Robert O'Brien's First Set of Interrogatories dated May 5, 2022.

57.     LVMPD's Answers to Plaintiff Sol Sanchez's First Set of Interrogatories dated May 5, 2022.

58.     LVMPD's Responses to Plaintiffs' Fifth Set of Requests for Production of Documents dated May 5, 2022.

59.     LVMPD's Answers to Plaintiff Emily Driscoll's Second Set of Interrogatories dated May 5, 2022.

60.     LVMPD's Answers to Plaintiff Gabriella Molina's First Set of Interrogatories dated May 5, 2022.

61.     LVMPD's Responses to Plaintiffs' Second Set of Requests for Admissions dated May 5, 2022.

62.     LVMPD's Second Supplemental Answers to Plaintiff Lance Downes-Covington's First Set of Interrogatories dated June 24, 2022.

63.     LVMPD's First Supplemental Responses to Plaintiffs' Second Set of Requests for Production of Documents dated June 24, 2022.

64.    LVMPD's First Supplemental Answers to Plaintiff Tenisha Martin's Second Set of Interrogatories dated June 24, 2022.

65.    LVMPD's Second Supplemental Responses to Plaintiffs' First Set of Requests for Production of Documents dated June 24, 2022.

66.    Lt. Kurt McKenzie's Answers to Soldadera Sanchez's First Set of Interrogatories dated August 8, 2022.

67.    Lt. Kurt McKenzie's Answers to Tenisha Martin's First Set of Interrogatories dated August 8, 2022.

68.    Lt. Kurt McKenzie's Responses to Plaintiffs' First Set of Requests for Production of Documents dated August 8, 2022.

69.    Patricia Spencer's Responses to Plaintiffs' First Set of Requests for Production of Documents dated August 8, 2022.

70.    Tabatha Dickson's Responses to Plaintiffs' First Set of Requests for Admissions dated August 8, 2022.

71.    Tabatha Dickson's Answers to Lance Downes-Covington's First Set of Interrogatories dated August 8, 2022.

72.    LVMPD's Responses to Plaintiffs' Third Set of Requests for Admissions dated August 8, 2022.

73.    LVMPD's Answers to Lance Downes-Covington's Third Set of Interrogatories dated August 8, 2022.

74.    LVMPD's Answers to Soldadera Sanchez's Second Set of Interrogatories dated August 8, 2022.

75.    Captain Dori Koren's Responses to Plaintiffs' First Set of Requests for Production of Documents dated August 8, 2022.

76.    Tabatha Dickson's Responses to Plaintiffs' First Set of Requests for Production of Documents dated August 8, 2022.

77.     LVMPD's Answers to Robert O'Brien's Second Set of Interrogatories dated August 8, 2022.

78.     LVMPD's Answers to Tenisha Martin's Fourth Set of Interrogatories dated August 8, 2022.

79.     LVMPD's Responses to Plaintiffs' Sixth Set of Requests for Production of Documents dated August 8, 2022.

80.     LVMPD's Answers to Emily Driscoll's Third Set of Interrogatories dated August 8, 2022.

81.     LVMPD Defendants' Sixth Supplemental FRCP 26.1 Disclosures dated August 8, 2022.

82.     LVMPD Defendants' Seventh Supplemental FRCP 26.1 Disclosures dated December 6, 2022.

83.     Jordan Turner's Responses to Lance Downes-Covington's Requests for Production - Set One, dated December 6, 2022.

84.     Jordan Turner's Responses to Lance Downes-Covington's Requests for Admission - Set One, dated December 6, 2022.

85.     Jordan Turner's Responses to Lance Downes-Covington's Interrogatories - Set One, dated December 6, 2022.

86.     Jordan Turner's Responses to Lance Downes-Covington's Requests for Admission - Set One, dated December 6, 2022.

87.     Jordan Turner's Responses to Gabriela Molina's Requests for Production - Set One, dated December 6, 2022.

88.     Tabatha Dickson's Reponses to Lance Downes Covington's Requests for Production - Set One, dated December 6, 2022.

89.     Tabatha Dickson's Responses to Lance Downes-Covington's Interrogatories - Set One, dated December 6, 2022.

90. Tabatha Dickson's Responses to Lance Downes-Covington's Interrogatories - Set Two, dated December 6, 2022.

91. Tabatha Dickson's Responses to Lance Downes-Covington's Requests for Admission - Set One, dated December 6, 2022.

92. Tabatha Dickson's Responses to Lance Downes-Covington's Requests for Production - Set One, dated December 6, 2022.

93. Tabatha Dickson's Responses to Gabriela Molina's Interrogatories - Set

94. One, dated December 6, 2022.

95. Tabatha Dickson's Responses to Gabriela Molina's Requests for Admission - Set One, dated December 6, 2022.

96. Tabatha Dickson's Responses to Gabriela Molina's Interrogatories - Set One, dated December 6, 2022.

97. Tabatha Dickson's Responses to Gabriela Molina's Requests for Production - Set One, dated December 6, 2022.

98. Tabatha Dickson's Responses to Emily Driscolls' Requests for Admission - Set One, dated December 6, 2022.

99. Tabatha Dickson's Responses to Emily Driscolls' Interrogatories - Set One, dated December 6, 2022.

100. LVMPD'S Responses to Lance Downes Covington's Requests for Production - Set One, dated December 6, 2022.

101. LVMPD'S Responses to Lance Downes Covington's Requests for Admission - Set One, dated December 6, 2022.

102. LVMPD'S Responses to Lance Downes Covington's Interrogatories - Set Four, dated December 6, 2022.

103. LVMPD's Responses to Emily Driscolls' Interrogatories - Set One, dated December 6, 2022.

104.   LVMPD's Responses to Emily Driscolls' Interrogatories - Set Four, dated December 6, 2022.

105.   LVMPD's Responses to Emily Driscolls' Requests for Admission - Set One, dated December 6, 2022.

106.   LVMPD's Responses to Emily Driscolls' Requests for Production - Set One, dated December 6, 2022.

107.   LVMPD's Responses to Gabriela Molina's Interrogatories - Set Two, dated

108.   December 6, 2022.

109.   LVMPD's Responses to Gabriela Molina's Requests for Production- Set One, dated December 6, 2022.

110.   LVMPD's Responses to Gabriela Molina's Requests for Admission - Set One, dated December 6, 2022.

111.   LVMPD Defendants' Eighth Supplemental FRCP 26.1 Disclosures dated December 16, 2022.

112.   LVMPD'S Responses to Tenisha Martin's Requests for Admission - Set One, dated December 19, 2022.

113.   LVMPD'S Responses to Soldadera Sanchez's Requests for Admission - Set One, dated December 19, 2022.

114.   LVMPD'S Responses to Robert O'Brien's Requests for Admission - Set One, dated December 19, 2022.

115.   LVMPD'S Responses to Alison Kenady's Requests for Admission - Set One, dated December 19, 2022.

116.   LVMPD'S Responses to Robert O'Brien's Interrogatories - Set One, dated December 19, 2022.

117.   LVMPD'S Responses to Alison Kenady's Requests for Production - Set One, dated December 20, 2022.

118.   LVMPD'S Responses to Robert O'Brien's Requests for Production - Set One, dated December 20, 2022.

119.   LVMPD's Responses to Soldadera Sanchez' Requests for Production - Set One, dated December 20, 2022.

120.   LVMPD'S Responses to Tenisha Martin's Requests for Production - Set One, dated December 20, 2022.

121.   LVMPD'S Responses to Alison Kenady's Interrogatories - Set Two, dated January 4, 2023.

122.   LVMPD'S Responses to Robert O'Brien's Interrogatories - Set Three, dated January 4, 2023.

123.   LVMPD's Ninth Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1), dated February 16, 2023.

124.   LVMPD's First Supplemental Answers to Plaintiff Robert O'Brien's First Set of Interrogatories, dated February 16, 2023.

125.   LVMPD's First Supplemental Answers to Plaintiff Soldadera Sanchez's Second Set of Interrogatories, dated February 16, 2023.

126.   LVMPD's Third Supplemental Responses to Plaintiffs' First Set of Requests for Production of Documents, dated February 16, 2023.

127.   LVMPD's Second Supplemental Responses to Plaintiff's Second Set of Requests for Production of Documents, dated February 16, 2023.

128.   LVMPD's First Supplemental Responses to Plaintiffs' Sixth Set of Requests for Production of Documents, dated February 16, 2023.

129.   LVMPD'S Responses to Plaintiff Tenisha Martin's Requests for Production of Documents - Set One [sic Set Two], dated February 16, 2023.

130.   LVMPD's Tenth Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1), dated February 24, 2023.

131.    LVMPD's Responses to Tenisha Martin's Requests for Production of Documents - Set Three dated May 22, 2023.

132.    LVMPD's Responses to Gabriela Molina's Requests for Admissions - Set Two dated July 17, 2023.

133.    LVMPD's Responses to Lance Downes-Covington's Requests for Production of Documents - Set Two dated July 17, 2023.

134.    LVMPD's Eleventh Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1), dated July 17, 2023.

**C.    DEPOSITIONS.**

135.    LVMPD Defendants deposed Plaintiff Alison Kenady on August 9, 2022.

136.    LVMPD Defendants deposed Plaintiff Gabriela Molina on August 10, 2022.

137.    LVMPD Defendants deposed Plaintiff Emily Driscoll on August 11, 2022.

138.    LVMPD Defendants deposed Plaintiff Tenisha Martin on August 16, 2022.

139.    LVMPD Defendants deposed Plaintiff Lance Downes-Covington on August 19, 2022.

140.    LVMPD Defendants deposed Plaintiff Soldadera Sanchez on August 20, 2022.

141.    Plaintiffs deposed Defendant Officer Jordan Turner on October 18, 2022.

142.    Plaintiffs deposed Defendant Officer Tabatha Dickson on October 24, 2022.

143.    Plaintiffs deposed Defendant Officer Evan Spoon on November 7, 2022.

144.    Plaintiffs deposed Defendant Retired Captain Patricia Spencer on November 15, 2022.

145.    Plaintiffs deposed Defendant Captain Dori Koren on November 22, 2022.

146.    Plaintiffs deposed Defendant Lt. Kurt McKenzie on December 21, 2022.

147.    LVMPD Defendants deposed Plaintiff Robert O'Brien on March 24, 2023.

148.    Plaintiffs deposed LVMPD Defendants' FRCP 30(b)(6) designee(s) - Lt. Landon Reyes on June 20, 2023.

**149.    Plaintiffs will be deposing Defendants' FRCP 30(b)(6) designee Dori Koren in January 2024.**

**150.    Plaintiffs took volume one of Defendants' FRCP 30(b)(6) designee John McGrath on November 16, 2023, and volume two will take place in January 2024.**

151.    Plaintiffs' Deposition Subpoena to Las Vegas Justice Court per FRCP 30(b)(6) for records related to Defendants' citations and arrests during the 2020 BLM Protests.

152.    Plaintiffs' Deposition Subpoena to Las Vegas Municipal Court per FRCP 30(b)(6) for records related to Defendants' citations and arrests during the 2020 BLM Protests.

## II.    DISCOVERY THAT REMAINS TO BE COMPLETED.

The Parties are actively conducting discovery and have completed the majority of the written discovery and depositions. However, the Parties are continuing to meet and confer on outstanding discovery issues including, but not limited to (1) Plaintiffs' deposition subpoenas to Justice Court and Municipal Court and (2) Defendants' deficient discovery responses,

The Parties' primary remaining discovery tasks include: (1) Plaintiffs have subpoenaed records from the Las Vegas Municipal Court and Las Vegas Justice Court for documents concerning Defendant's misdemeanor citations and arrests during the BLM Protests in 2020 and are in the process of obtaining records related to the same; (2) resolution of meet and confer issues and motion practice if needed; (3) Plaintiffs' deposition of Defendant Las Vegas Metropolitan Police Department's FRCP 30(b)(6) designee(s); (4) expert disclosures; (5) rebuttal reports; and (6) depositions of the experts.

### III.     SPECIFIC DESCRIPTION OF WHY EXTENSION IS NECESSARY.

This is the **thirteenth** request for an extension of discovery deadlines in this matter. The Parties request that the Discovery Plan and Scheduling Order deadlines be extended an additional ninety (90) days so that the Parties may complete the tasks above and efficiently manage expert disclosures. **This involves waiting for deposition transcripts requiring expert review and analysis.**

The Parties acknowledge that, pursuant to Local Rule 26-3, the Parties must establish that good cause exists to extend the deadlines.

The Parties have been diligently conducting discovery and continue to conduct discovery, but an extension is still needed to efficiently conclude discovery and manage the case.

Additionally, the parties are continuing to meet and confer with Defendants' counsel regarding the FRCP 30(b)(6) deposition and subpoenas. Meet and confer efforts are ongoing. Plaintiffs have also brought a Motion for Sanctions regarding the failure to activate BWCs, preserve BWC video footage, and/or produce BWC video footage. **The Parties agree that supplemental briefing is necessary regarding Plaintiffs' Motion for Sanctions.** Likewise, the experts retained in this matter will also need to review the recent discovery responses, Defendants' supplemental responses (if any), information and documents in response to Plaintiffs' subpoenas to Justice Court and Municipal Court, BWC videos, and all deposition transcripts, including the FRCP 30(b)(6) designees currently scheduled for in or about October due to the schedule conflicts of counsel and the designees, after the current deadline for initial expert disclosures. The Parties are working with their respective experts to prepare their expert disclosures. However, as noted, the Parties contend that it is more efficient to allow further discovery to be completed before initial expert disclosures to minimize the need for supplementation.

Finally, the Parties together request this in good faith and to further the resolution of this complicated case on the merits, and not for any purpose of delay.

The Parties thus respectfully request an extension of time to enable them to conduct necessary discovery and so that this matter is fairly resolved on the merits. "Good cause to extend a discovery deadline exists 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Derosa v. Blood Sys., Inc.,* No. 2:13-cv-0137-JCM-NJK, 2013 U.S. Dist. LEXIS 108235, 2013 WL 3975764, at 1 (D. Nev. Aug. 1, 2013) (quoting *Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 609 (9th Cir. 1992)); *see also* Fed. R. Civ. P. 1 (providing that the Rules of Civil Procedure "should be construed, administered, and employed by the court and the Parties to secure the just, speedy, and inexpensive determination of every action and proceeding"). As the procedural history of this case illustrates, the Parties have been diligent in litigating this matter. Significant written discovery has been exchanged, nearly all depositions are complete, experts are engaged, and counsel continue to meet and confer regarding various topics. Additionally, counsel for the Parties in this matter are litigating several other unrelated matters (including against each other) which have competing demands. While competing demands of litigation are merely one of many reasons for the instant request, it should be noted that the other litigation between the same counsel involving similar issues can only benefit from the completion of discovery in this matter so that in other litigation, similar requests can be expedited and can further the resolution of those matters and the interests of justice. Indeed, counsel for the Parties continue to engage in settlement discussions regarding this and the other matters they are litigating that stem from the BLM protests.

Thus, the standards to extend all deadlines, including the expert deadlines, is satisfied here.

Based on the foregoing stipulation and proposed deadlines, the Parties thus respectfully request an extension of time to extend the deadlines in this matter to enable to them to conduct necessary discovery and so that this matter is fairly resolved on the merits.

/ / /

/ / /

## IV.   PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DEADLINES

| | Current Deadline | Proposed New Deadline |
|---|---|---|
| Amend Pleadings and Add Parties | Past/Unchanged | Past/Unchanged |
| Initial Expert Disclosures | December 4, 2023 | **March 5, 2024** |
| Rebuttal Expert Disclosures | January 9, 2024 | **April 9, 2024** |
| Discovery Cut-Off | January 29, 2024 | **April 29, 2024** |
| Dispositive Motions | March 22, 2024 | ~~April 22, 2024~~ June 20, 2024 |
| Pretrial Order | April 5, 2024 | **July 3, 2024** If dispositive motions are filed, the deadline for shall be suspended until thirty (30) days after the decision of the dispositive motions or further order of the Court.) |

Based on the foregoing stipulation and proposed deadlines plan, the Parties request that the Discovery Plan and Scheduling Order deadlines be extended an additional ~~sixty (60)~~ ninety (90) days so that the parties may conduct additional discovery, and efficiently manage expert disclosures.

Dated this 1st day of December, 2023.
**MCLETCHIE LAW**
By: /s/ Margaret A. McLetchie
Margaret A. McLetchie, Esq.
Nevada Bar No. 10931
Pieter M. O'Leary, Esq.
Nevada Bar No. 15297
Leo S. Wolpert, Esq.
Nevada Bar No. 12658
602 South 10th Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

Dated this 1st day of December, 2023.
**MARQUIS AURBACH**
By: /s/ Jackie V. Nichols
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants Las Vegas Metropolitan Police Department, Lieutenant Kurt McKenzie, Officer Tabatha Dickson, Captain Patricia Spencer, Captain Dori Koren, Officer Evan Spoon and Officer Jordan Turner*

IT IS THEREFORE ORDERED that the parties' stipulation (ECF No. 177) is GRANTED

IT IS SO ORDERED this ___4th___ day of ___December___, 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

28