# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Lance Downes-Covington, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Las Vegas Metropolitan Police Department, et al., <br><br> Defendants. | Case No. 2:20-cv-01790-CDS-DJA <br><br> **Order** |

Before the Court is the parties' joint notice regarding their prior stipulation to extend discovery deadlines, which stipulation the Court granted. (ECF No. 185). On February 9, 2024, the parties submitted a proposed stipulation to extend deadlines. (ECF No. 181). On February 12, 2024, the Court granted that stipulation. (ECF No. 183). In their joint notice, the parties explain that they inadvertently set the dispositive motion deadline for April 21, 2024, despite intending to set that deadline for August 21, 2024. (ECF No. 185). The parties thus request that the Court change the dispositive motion deadline in its order from April 21, 2024 to August 21, 2024. The Court finds good cause to grant that request.

///

///

///

**IT IS THEREFORE ORDERED** that the below deadlines shall govern discovery:

| | |
|---|---|
| Expert disclosures: | May 3, 2024 |
| Rebuttal expert disclosures: | June 7, 2024 |
| Discovery cutoff: | June 28, 2024 |
| Dispositive motions: | August 21, 2024 |
| Joint pretrial order: | September 3, 2024[1] |

DATED: February 15, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] Under Local Rule 26-1(b)(5), if dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.