CRAIG R. ANDERSON, ESQ.
**MARQUIS AURBACH**
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
Email: canderson@maclaw.com
*Counsel or Defendants*

MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW GROUP, PLLC**
602 South 10th Street
Las Vegas, NV 89101
Telephone: (702) 728-5300 / Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LANCE DOWNES-COVINGTON, an individual, SOLDADERA SANCHEZ, an individual, ROBERT O'BRIEN, an individual, EMILY DRISCOLL, an individual, ALISON KENADY, an individual, TENISHA MARTIN, an individual, GABRIELA MOLINA, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; LIEUTENANT KURT MCKENZIE, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER TABATHA DICKSON, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer; CAPTAIN PATRICIA SPENCER, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer; CAPTAIN DORI KOREN, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; EVAN SPOON, as an | Case No.: 2:20-cv-01790-CDS-DJA <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES** <br><br> **(NINETEENTH REQUEST)** |

1

individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; JORDAN TURNER, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; UNKNOWN OFFICERS 1-14, as individuals and in their capacity as Las Vegas Metropolitan Police Department Officers,

Defendants.

## STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES (NINETEENTH REQUEST)

Plaintiffs Lance Downes-Covington, Soldadera Sanchez, Robert O'Brien, Emily Driscoll, Alison Kenady, Tenisha Martin, and Gabriela Molina ("Plaintiffs"), by and through their attorneys of record, Margaret A. McLetchie, Esq. and Leo S. Wolpert, Esq. with the law firm of McLetchie Law and Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Lieutenant Kurt McKenzie ("McKenzie"), Officer Tabatha Dickson ("Dickson"), Captain Patricia Spencer ("Spencer"), Captain Dori Koren ("Koren"), Officer Evan Spoon ("Spoon"), and Officer Jordan Turner ("Turner"), collectively ("LVMPD Defendants"), by and through their attorneys of record, Craig R. Anderson, Esq., with the law firm of Marquis Aurbach, hereby stipulate and agree to extend the Discovery Plan and Scheduling Order deadlines an additional ninety (90) days. This Stipulation is being entered in good faith and not for purposes of delay (supplemented information noted in **bold-face** type).

I.    **STATUS OF DISCOVERY.**

A.    **PLAINTIFFS' DISCOVERY.**

1. Plaintiffs' Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated January 20, 2021;

2. Plaintiff Lance Downes-Covington's Responses to LVMPD's First Set of Interrogatories dated May 13, 2021;

3. Plaintiff Soldadera Sanchez's Responses to LVMPD's First Set of Interrogatories dated May 13, 2021;

4. Plaintiff Robert O'Brien's Responses to LVMPD's First Set of Interrogatories dated May 13, 2021;

5. Plaintiff Emily Driscoll's Responses to LVMPD's First Set of Interrogatories dated May 13, 2021;

6. Plaintiff Alison Kenady's Responses to LVMPD's First Set of Interrogatories dated May 13, 2021;

7. Plaintiff Tenisha Martin's Responses to LVMPD's First Set of Interrogatories dated May 13, 2021;

8. Plaintiff Gabriela Molina's Responses to LVMPD's First Set of Interrogatories dated May 13, 2021;

9. Plaintiff Lance Downes-Covington's Responses to LVMPD's First Set of Requests for Production of Documents dated May 13, 2021;

10. Plaintiff Soldadera Sanchez's Responses to LVMPD's First Set of Requests for Production of Documents dated May 13, 2021;

11. Plaintiff Robert O'Brien's Responses to LVMPD's First Set of Requests for Production of Documents dated May 13, 2021;

12. Plaintiff Emily Driscoll's Responses to LVMPD's First Set of Requests for Production of Documents dated May 13, 2021;

13. Plaintiff Alison Kenady's Responses to LVMPD's First Set of Requests for Production of Documents dated May 13, 2021;

14. Plaintiff Tenisha Martin's Responses to LVMPD's First Set of Requests for Production of Documents dated May 13, 2021;

15. Plaintiff Gabriela Molina's Responses to LVMPD's First Set of Requests for Production of Documents dated May 13, 2021;

16. Plaintiff Lance Downes-Covington's First Set of Interrogatories to LVMPD dated June 2, 2021;

17. Plaintiffs' First Set of Requests for Production of Documents to LVMPD dated June 2, 2021;

STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES – NINETEENTH REQUEST

18. Plaintiff Emily Driscoll's First Set of Interrogatories to LVMPD dated July 1, 2021;

19. Plaintiffs' First Supplement to Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated July 1, 2021;

20. Plaintiffs' Second Supplement to Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated July 8, 2021;

21. Plaintiffs' Third Supplement to Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated July 12, 2021;

22. Plaintiff Soldadera Sanchez's Supplemental Responses to LVMPD's First Set of Interrogatories dated July 8, 2021;

23. Plaintiff Robert O'Brien's Supplemental Responses to LVMPD's First Set of Interrogatories dated July 8, 2021;

24. Plaintiff Emily Driscoll's Supplemental Responses to LVMPD's First Set of Interrogatories dated July 8, 2021;

25. Plaintiff Alison Kenady's Supplemental Responses to LVMPD's First Set of Interrogatories dated July 8, 2021;

26. Plaintiff Tenisha Martin's Supplemental Responses to LVMPD's First Set of Interrogatories dated June 8, 2021;

27. Plaintiff Soldadera Sanchez's Supplemental Responses to LVMPD's First Set of Requests for Production of Documents dated July 8, 2021;

28. Plaintiff Robert O'Brien's Supplemental Responses to LVMPD's First Set of Requests for Production of Documents dated July 8, 2021;

29. Plaintiff Emily Driscoll's Supplemental Responses to LVMPD's First Set of Requests for Production of Documents dated July 8, 2021;

30. Plaintiff Alison Kenady's Supplemental Responses to LVMPD's First Set of Requests for Production of Documents dated July 8, 2021;

31. Plaintiff Tenisha Martin's Supplemental Responses to LVMPD's First Set of Requests for Production of Documents dated July 8, 2021;

STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES – NINETEENTH REQUEST

32. Plaintiff Gabriela Molina's Supplemental Responses to LVMPD's First Set of Requests for Production of Documents dated July 8, 2021;

33. Plaintiff Gabriela Molina's Second Supplemental Responses to LVMPD's First Set of Requests for Production of Documents dated July 12, 2021;

34. Plaintiff Lance Downes-Covington's Supplemental Responses to LVMPD's First Set of Requests for Production of Documents dated July 12, 2021;

35. Plaintiff Gabriela Molina's Supplemental Responses to LVMPD's First Set of Interrogatories dated July 12, 2021;

36. Plaintiff Lance Downes-Covington's Supplemental Responses to LVMPD's First Set of Interrogatories dated July 12, 2021;

37. Plaintiff Tenisha Martin's First Set of Interrogatories to LVMPD dated July 13, 2021;

38. Plaintiffs' Second Set of Requests for Production of Documents to LVMPD dated July 13, 2021;

39. Plaintiff Tenisha Martin's Second Set of Interrogatories to LVMPD dated July 14, 2021;

40. Plaintiffs' Third Set of Requests for Production of Documents to LVMPD dated July 14, 2021;

41. Plaintiffs' Fourth Supplement to Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated September 15, 2021;

42. Plaintiff Tenisha Martin's Third Set of Interrogatories to LVMPD dated September 15, 2021;

43. Plaintiffs' Fourth Set of Requests for Production of Documents to LVMPD dated September 15, 2021;

44. Plaintiffs' First Set of Requests for Admission to LVMPD dated September 17, 2021;

45. Tenisha Martin's Responses to Lt. Kurt McKenzie's First Set of Interrogatories dated December 16, 2021;

5

46. Soldadera Sanchez's Responses to Lt. Kurt McKenzie's First Set of Interrogatories dated December 16, 2021;

47. Robert O' Brien's Responses to Lt. Kurt McKenzie's First Set of Interrogatories dated December 16, 2021;

48. Lance Downes-Covington's Responses to Lt. Kurt McKenzie's First Set of Interrogatories dated December 16, 2021;

49. Gabriela Molina's Responses to Lt. Kurt McKenzie's First Set of Interrogatories dated December 16, 2021;

50. Emily Driscoll's Responses to Lt. Kurt McKenzie's First Set of Interrogatories dated December 16, 2021;

51. Alison Kenady's Responses to Lt. Kurt McKenzie's First Set of Interrogatories dated December 16, 2021;

52. Tenisha Martin's Responses to LVMPD's First Set of Requests for Admissions dated December 16, 2021;

53. Soldadera Sanchez's Responses to LVMPD's First Set of Requests for Admissions dated December 16, 2021;

54. Robert O'Brien's Responses to LVMPD's First Set of Requests for Admissions dated December 16, 2021;

55. Lance Downes-Covington's Responses to LVMPD's First Set of Requests for Admissions dated December 16, 2021;

56. Gabriela Molina's Responses to LVMPD's First Set of Requests for Admissions dated December 16, 2021;

57. Emily Driscoll's Responses to LVMPD's First Set of Requests for Admissions dated December 16, 2021;

58. Alison Kenady's Responses to LVMPD's First Set of Requests for Admissions dated December 16, 2021;

59. Alison Kenady's First Set of Interrogatories to LVMPD dated April 1, 2022;

60. Emily Driscoll's Second Set of Interrogatories to LVMPD dated April 1, 2022;

6

61. Gabriella Molina's First Set of Interrogatories to LVMPD dated April 1, 2022;

62. Lance Downes-Covington's Second Set of Interrogatories to LVMPD dated April 1, 2022;

63. Plaintiffs' Fifth Set of Requests for Production of Documents to LVMPD dated April 1, 2022;

64. Robert O'Brien's First Set of Interrogatories to LVMPD dated April 1, 2022;

65. Plaintiffs' Second Set of Requests for Admissions to LVMPD dated April 1, 2022;

66. Sol Sanchez's First Set of Interrogatories to LVMPD dated April 1, 2022;

67. Plaintiffs' First Set of Requests for Production of Documents to Defendant Joe Lombardo [Request Nos. 1-5] dated June 17, 2022;

68. Plaintiffs' First Set of Requests for Admissions to Defendant Tabatha Dickson dated June 17, 2022;

69. Plaintiffs' First Set of Requests for Production of Documents to Defendant Joe Lombardo [Request Nos. 1-4] dated June 17, 2022;

70. Soldadera Sanchez's Second Set of Interrogatories to LVMPD dated June 17, 2022;

71. Robert O'Brien's Second Set of Interrogatories to LVMPD dated June 17, 2022;

72. Emily Driscoll's Third Set of Interrogatories to LVMPD dated June 17, 2022;

73. Lance Downes-Covington's Third Set of Interrogatories to LVMPD dated June 17, 2022;

74. Plaintiffs' Sixth Set of Requests for Production of Documents to LVMPD dated June 17, 2022;

75. Plaintiffs' Third Set of Requests for Admissions to LVMPD dated June 17, 2022;

76. Tenisha Martin's Fourth Set of Interrogatories to LVMPD dated June 17, 2022;

77. Lance Downes-Covington's First Set of Interrogatories to Officer Tabatha Dickson dated June 17, 2022;

78. Soldadera Sanchez's First Set of Interrogatories to Joe Lombardo dated June 17, 2022;

7

79. Soldadera Sanchez's First Set of Interrogatories to Lt. Kurt McKenzie dated June 17, 2022;

80. Plaintiffs' First Set of Requests for Production of Documents to Defendant Patricia Spencer dated June 17, 2022;

81. Plaintiffs' First Set of Requests for Production of Documents to Defendant Dori Koren dated June 17, 2022;

82. Plaintiffs' First Set of Requests for Production of Documents to Joe Lombardo [Request No. 1] dated June 17, 2022;

83. Plaintiffs' First Set of Requests for Production of Documents to Lt. Kurt McKenzie dated June 17, 2022;

84. Tenisha Martin's First Set of Interrogatories to Lt. Kurk McKenzie dated June 17, 2022;

85. Plaintiffs' Third Set of Requests for Admissions to LVMPD dated June 21, 2022;

86. Plaintiffs' Sixth Set of Requests for Production of Documents to LVMPD dated June 21, 2022;

87. Emily Driscoll's Third Set of Interrogatories to LVMPD dated June 21, 2022;

88. Lance Downes-Covington's Third Set of Interrogatories to LVMPD dated June 21, 2022;

89. Robert O'Brien's Second Set of Interrogatories to LVMPD dated June 21, 2022;

90. Soldadera Sanchez's First Set of Interrogatories to Lt. Kurt McKenzie dated June 21, 2022;

91. Soldadera Sanchez's First Set of Interrogatories to Joe Lombardo dated June 21, 2022;

92. Soldadera Sanchez's Second Set of Interrogatories to LVMPD dated June 21, 2022;

93. Plaintiffs' First Set of Requests for Admissions to Officer Tabatha Dickson dated June 21, 2022;

94. Plaintiffs' First Set of Requests for Production of Documents to Joe Lombardo [Request Nos. 1-5] dated June 21, 2022;

8

95. Plaintiffs' First Set of Requests for Production of Documents to Lt. Kurt McKenzie dated June 21, 2022;

96. Plaintiffs' First Set of Requests for Production of Documents to Officer Tabatha Dickson dated June 21, 2022;

97. Plaintiffs' First Set of Requests for Production of Documents to Patricia Spencer dated June 21, 2022;

98. Plaintiffs' First Set of Requests for Production of Documents to Captain Dori Koren dated June 21, 2022;

99. Lance Downes-Covington's First Set of Interrogatories to Officer Tabatha Dickson dated June 21, 2022;

100. Tenisha Martin's First Set of Interrogatories to Lt. Kurt McKenzie dated June 21, 2022;

101. Tenisha Martin's Fourth Set of Interrogatories to LVMPD dated June 21, 2022;

102. Plaintiff Emily Driscoll's Requests for Admissions to LVMPD - Set One dated October 27, 2022.

103. Plaintiff Emily Driscoll's Interrogatories to LVMPD - Set Four dated October 27, 2022.

104. Plaintiff Emily Driscoll's Interrogatories to Tabatha Dickson - Set One dated October 27, 2022.

105. Plaintiff Emily Driscoll's Requests for Production of Documents to LVMPD - Set One dated October 27, 2022.

106. Plaintiff Emily Driscoll's Requests for Production of Documents to Tabatha Dickson - Set One dated October 27, 2022.

107. Plaintiff Emily Driscoll's Requests for Admissions to Tabatha Dickson - Set One dated October 27, 2022.

108. Plaintiff Gabriela Molina's Interrogatories to LVMPD - Set Two dated October 27, 2022.

109.    Plaintiff Gabriela Molina's Interrogatories to Tabatha Dickson - Set One dated October 27, 2022.

110.    Plaintiff Gabriela Molina's Requests for Production of Documents to LVMPD - Set One dated October 27, 2022.

111.    Plaintiff Gabriela Molina's Requests for Production of Documents to Tabatha Dickson - Set One dated October 27, 2022.

112.    Plaintiff Gabriela Molina's Requests for Admissions to LVMPD - Set One dated October 27, 2022.

113.    Plaintiff Gabriela Molina's Requests for Admissions to Tabatha Dickson - Set One dated October 27, 2022.

114.    Plaintiff Lance Downes-Covington's Interrogatories to LVMPD - Set Four dated October 27, 2022.

115.    Plaintiff Lance Downes-Covington's Interrogatories to Tabatha Dickson - Set Two dated October 27, 2022.

116.    Plaintiff Lance Downes-Covington's Interrogatories to Jordan Turner - Set One dated October 27, 2022.

117.    Plaintiff Lance Downes-Covington's Requests for Production of Documents to LVMPD - Set One dated October 27, 2022.

118.    Plaintiff Lance Downes-Covington's Requests for Production of Documents to Tabatha Dickson - Set One dated October 27, 2022.

119.    Plaintiff Lance Downes-Covington's Requests for Production of Documents to Jordan Turner - Set One dated October 27, 2022.

120.    Plaintiff Lance Downes-Covington's Requests for Admissions to LVMPD - Set One dated October 27, 2022.

121.    Plaintiff Lance Downes-Covington's Requests for Admissions to Tabatha Dickson - Set One dated October 27, 2022.

122.    Plaintiff Lance Downes-Covington's Requests for Admissions to Jordan Turner - Set One dated October 27, 2022.

STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES – NINETEENTH REQUEST

123.     Soldadera Sanchez's Requests for Production of Documents to LVMPD - Set One dated November 7, 2022.

124.     Soldadera Sanchez's Requests for Admissions to LVMPD - Set One dated November 7, 2022.

125.     Robert O'Brien's Interrogatories to LVMPD - Set One dated November 7, 2022.

126.     Robert O'Brien's Requests for Production of Documents to LVMPD - Set One dated November 7, 2022.

127.     Robert O'Brien's Requests for Admissions to LVMPD - Set One dated November 7, 2022.

128.     Alison Kenady's Interrogatories to LVMPD - Set Two dated November 7, 2022.

129.     Alison Kenady's Requests for Production of Documents to LVMPD - Set One dated November 7, 2022.

130.     Alison Kenady's Requests for Admissions to LVMPD - Set One dated November 7, 2022.

131.     Tenisha Martin's Requests for Production of Documents to LVMPD - Set One dated November 7, 2022.

132.     Tenisha Martin's Requests for Admissions to LVMPD - Set One dated November 7, 2022.

133.     Plaintiffs' Fifth Supplement to Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated January 4, 2023;

134.     Plaintiffs' Sixth Supplement to Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated January 20, 2023.

135.     Tenisha Martin's Requests for Production of Documents to LVMPD - Set Two, dated January 17, 2023.

136.     Tenisha Martin's Requests for Production of Documents to LVMPD – Set Three, dated April 18, 2023.

STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES – NINETEENTH REQUEST

137.    Plaintiff Lance Downes-Covington's Requests for Production to LVMPD - Set Two dated May 16, 2023.

138.    Plaintiff Gabriela Molina's Requests for Admissions to LVMPD - Set Two dated June 14, 2023.

139.    Plaintiffs' Eighth Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated January 30, 2024.

140.    Plaintiffs' Ninth Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated February 27, 2024.

141.    Plaintiffs' Tenth Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated April 18, 2024.

142.    Plaintiffs' Initial Designation of Expert Witness Pursuant to FRCP 26(a)(2) dated September 16, 2024.

**B.    DEFENDANTS' DISCOVERY.**

1.  LVMPD Defendants' Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated January 20, 2021.

2.  LVMPD's First Set of Interrogatories to Plaintiff Lance Downes-Covington dated March 12, 2021.

3.  LVMPD's First Set of Interrogatories to Plaintiff Soldadera Sanchez dated March 12, 2021.

4.  LVMPD's First Set of Interrogatories to Plaintiff Robert O'Brien dated March 12, 2021.

5.  LVMPD's First Set of Interrogatories to Plaintiff Emily Driscoll dated March 12, 2021.

6.  LVMPD's First Set of Interrogatories to Plaintiff Alison Kenady dated March 12, 2021.

STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES – NINETEENTH REQUEST

7. LVMPD's First Set of Interrogatories to Plaintiff Tenisha Martin dated March 12, 2021.

8. LVMPD's First Set of Interrogatories to Plaintiff Gabriela Molina dated March 12, 2021.

9. LVMPD's First Set of Request for Production of Documents to Plaintiff Lance Downes-Covington dated March 12, 2021.

10. LVMPD's First Set of Request for Production of Documents to Plaintiff Soldadera Sanchez dated March 12, 2021.

11. LVMPD's First Set of Request for Production of Documents to Plaintiff Robert O'Brien dated March 12, 2021.

12. LVMPD's First Set of Request for Production of Documents to Plaintiff Emily Driscoll dated March 12, 2021.

13. LVMPD's First Set of Request for Production of Documents to Plaintiff Alison Kenady dated March 12, 2021.

14. LVMPD's First Set of Request for Production of Documents to Plaintiff Tenisha Martin dated March 12, 2021.

15. LVMPD's First Set of Request for Production of Documents to Plaintiff Gabriela Molina dated March 12, 2021.

16. LVMPD Defendants' First Supplement to Initial Disclosures of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated July 20, 2021.

17. LVMPD's Answers to Plaintiff Lance Downes-Covington's First Set of Interrogatories dated July 20, 2021.

18. LVMPD's Responses to Plaintiffs' First Set of Requests for Production of Documents dated July 20, 2021.

19. LVMPD's Responses to Plaintiff Emily Driscoll's First Set of Interrogatories dated August 3, 2021.

20. LVMPD's Supplemental Answers to Plaintiff Lance Downes-Covington's First Set of Interrogatories dated August 3, 2021.

STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES – NINETEENTH REQUEST

21. LVMPD's Supplemental Responses to Plaintiffs' First Set of Requests for Production of Documents dated August 3, 2021.

22. LVMPD Defendants' Second Supplement to Initial Disclosures of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated August 4, 2021.

23. LVMPD's Supplemental Answers to Plaintiff Lance Downes-Covington's First Set of Interrogatories dated August 9, 2021.

24. LVMPD Defendants' Third Supplement to Initial Disclosures of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated August 16, 2021.

25. LVMPD's Responses to Plaintiff Tenisha Martin's First Set of Interrogatories dated August 16, 2021.

26. LVMPD's Responses to Plaintiff Tenisha Martin's Second Set of Interrogatories dated August 16, 2021.

27. LVMPD's Responses to Plaintiffs' Third Set of Requests for Production of Documents dated August 16, 2021.

28. LVMPD's Responses to Plaintiffs' Second Set of Requests for Production of Documents dated August 30, 2021.

29. LVMPD's Responses to Plaintiff Tenisha Martin's Second Set of Interrogatories dated August 30, 2021.

30. LVMPD Defendants' Fourth Supplement to Initial Disclosures of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated August 30, 2021.

31. LVMPD Defendants' Privilege Log dated August 30, 2021.

32. LVMPD's Amended Responses to Plaintiffs' Third Set of Requests for Production of Documents dated September 13, 2021.

33. LVMPD's Amended Responses to Plaintiffs' Second Set of Requests for Production of Documents dated September 13, 2021.

34. LVMPD's Amended Responses to Plaintiff Tenisha Martin's Second Set of Interrogatories dated September 13, 2021.

STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES – NINETEENTH REQUEST

35. LVMPD's Amended Responses to Plaintiff Emily Driscoll's First Set of Interrogatories dated September 13, 2021.

36. Lt. McKenzie's First Set of Interrogatories to Plaintiff Lance Downes-Covington dated September 22, 2021.

37. Lt. McKenzie's First Set of Interrogatories to Plaintiff Soldadera Sanchez dated September 22, 2021.

38. Lt. McKenzie's First Set of Interrogatories to Plaintiff Robert O'Brien dated September 22, 2021.

39. Lt. McKenzie's First Set of Interrogatories to Plaintiff Emily Driscoll dated September 22, 2021.

40. Lt. McKenzie's First Set of Interrogatories to Plaintiff Alison Kenady dated September 22, 2021.

41. Lt. McKenzie's First Set of Interrogatories to Plaintiff Tenisha Martin dated September 22, 2021.

42. Lt. McKenzie's First Set of Interrogatories to Plaintiff Gabriela Molina dated September 22, 2021.

43. LVMPD's First Set of Requests for Admission to Plaintiff Lance Downes-Covington dated September 22, 2021.

44. LVMPD's First Set of Requests for Admission to Plaintiff Soldadera Sanchez dated September 22, 2021.

45. LVMPD's First Set of Requests for Admission to Plaintiff Robert O'Brien dated September 22, 2021.

46. LVMPD's First Set of Requests for Admission to Plaintiff Emily Driscoll dated September 22, 2021.

47. LVMPD's First Set of Requests for Admission to Plaintiff Alison Kenady dated September 22, 2021.

48. LVMPD's First Set of Requests for Admission to Plaintiff Tenisha Martin dated September 22, 2021.

STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER
DEADLINES – NINETEENTH REQUEST

49. LVMPD's First Set of Requests for Admission to Plaintiff Gabriela Molina dated September 22, 2021.

50. LVMPD Defendants' Fifth Supplement to Initial Disclosures of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated October 11, 2021.

51. LVMPD's Responses to Plaintiffs' Fourth Set of Requests for Production of Documents dated October 18, 2021.

52. LVMPD's Responses to Plaintiff Tenisha Martin's Third Set of Interrogatories dated October 18, 2021.

53. LVMPD's Responses to Plaintiffs' First Set of Requests Admission dated October 20, 2021.

54. LVMPD's Answers to Plaintiff Lance Downes-Covington's Second Set of Interrogatories dated May 5, 2022.

55. LVMPD's Answers to Plaintiff Alison Kenady's First Set of Interrogatories dated May 5, 2022.

56. LVMPD's Answers to Plaintiff Robert O'Brien's First Set of Interrogatories dated May 5, 2022.

57. LVMPD's Answers to Plaintiff Sol Sanchez's First Set of Interrogatories dated May 5, 2022.

58. LVMPD's Responses to Plaintiffs' Fifth Set of Requests for Production of Documents dated May 5, 2022.

59. LVMPD's Answers to Plaintiff Emily Driscoll's Second Set of Interrogatories dated May 5, 2022.

60. LVMPD's Answers to Plaintiff Gabriella Molina's First Set of Interrogatories dated May 5, 2022.

61. LVMPD's Responses to Plaintiffs' Second Set of Requests for Admissions dated May 5, 2022.

62. LVMPD's Second Supplemental Answers to Plaintiff Lance Downes-Covington's First Set of Interrogatories dated June 24, 2022.

STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES – NINETEENTH REQUEST

63. LVMPD's First Supplemental Responses to Plaintiffs' Second Set of Requests for Production of Documents dated June 24, 2022.

64. LVMPD's First Supplemental Answers to Plaintiff Tenisha Martin's Second Set of Interrogatories dated June 24, 2022.

65. LVMPD's Second Supplemental Responses to Plaintiffs' First Set of Requests for Production of Documents dated June 24, 2022.

66. Lt. Kurt McKenzie's Answers to Soldadera Sanchez's First Set of Interrogatories dated August 8, 2022.

67. Lt. Kurt McKenzie's Answers to Tenisha Martin's First Set of Interrogatories dated August 8, 2022.

68. Lt. Kurt McKenzie's Responses to Plaintiffs' First Set of Requests for Production of Documents dated August 8, 2022.

69. Patricia Spencer's Responses to Plaintiffs' First Set of Requests for Production of Documents dated August 8, 2022.

70. Tabatha Dickson's Responses to Plaintiffs' First Set of Requests for Admissions dated August 8, 2022.

71. Tabatha Dickson's Answers to Lance Downes-Covington's First Set of Interrogatories dated August 8, 2022.

72. LVMPD's Responses to Plaintiffs' Third Set of Requests for Admissions dated August 8, 2022.

73. LVMPD's Answers to Lance Downes-Covington's Third Set of Interrogatories dated August 8, 2022.

74. LVMPD's Answers to Soldadera Sanchez's Second Set of Interrogatories dated August 8, 2022.

75. Captain Dori Koren's Responses to Plaintiffs' First Set of Requests for Production of Documents dated August 8, 2022.

76. Tabatha Dickson's Responses to Plaintiffs' First Set of Requests for Production of Documents dated August 8, 2022.

17

STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES – NINETEENTH REQUEST

77. LVMPD's Answers to Robert O'Brien's Second Set of Interrogatories dated August 8, 2022.

78. LVMPD's Answers to Tenisha Martin's Fourth Set of Interrogatories dated August 8, 2022.

79. LVMPD's Responses to Plaintiffs' Sixth Set of Requests for Production of Documents dated August 8, 2022.

80. LVMPD's Answers to Emily Driscoll's Third Set of Interrogatories dated August 8, 2022.

81. LVMPD Defendants' Sixth Supplemental FRCP 26.1 Disclosures dated August 8, 2022.

82. LVMPD Defendants' Seventh Supplemental FRCP 26.1 Disclosures dated December 6, 2022.

83. Jordan Turner's Responses to Lance Downes-Covington's Requests for Production – Set One, dated December 6, 2022.

84. Jordan Turner's Responses to Lance Downes-Covington's Requests for Admission – Set One, dated December 6, 2022.

85. Jordan Turner's Responses to Lance Downes-Covington's Interrogatories – Set One, dated December 6, 2022.

86. Jordan Turner's Responses to Lance Downes-Covington's Requests for Admission – Set One, dated December 6, 2022.

87. Jordan Turner's Responses to Gabriela Molina's Requests for Production – Set One, dated December 6, 2022.

88. Tabatha Dickson's Reponses to Lance Downes Covington's Requests for Production – Set One, dated December 6, 2022.

89. Tabatha Dickson's Responses to Lance Downes-Covington's Interrogatories – Set One, dated December 6, 2022.

90. Tabatha Dickson's Responses to Lance Downes-Covington's Interrogatories – Set Two, dated December 6, 2022.

STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES – NINETEENTH REQUEST

91. Tabatha Dickson's Responses to Lance Downes-Covington's Requests for Admission – Set One, dated December 6, 2022.

92. Tabatha Dickson's Responses to Lance Downes-Covington's Requests for Production – Set One, dated December 6, 2022.

93. Tabatha Dickson's Responses to Gabriela Molina's Interrogatories – Set One, dated December 6, 2022.

94. Tabatha Dickson's Responses to Gabriela Molina's Requests for Admission – Set One, dated December 6, 2022.

95. Tabatha Dickson's Responses to Gabriela Molina's Interrogatories – Set One, dated December 6, 2022.

96. Tabatha Dickson's Responses to Gabriela Molina's Requests for Production – Set One, dated December 6, 2022.

97. Tabatha Dickson's Responses to Emily Driscolls' Requests for Admission – Set One, dated December 6, 2022.

98. Tabatha Dickson's Responses to Emily Driscolls' Interrogatories – Set One, dated December 6, 2022.

99. LVMPD'S Responses to Lance Downes Covington's Requests for Production – Set One, dated December 6, 2022.

100.     LVMPD'S Responses to Lance Downes Covington's Requests for Admission – Set One, dated December 6, 2022.

101.     LVMPD'S Responses to Lance Downes Covington's Interrogatories – Set Four, dated December 6, 2022.

102.     LVMPD's Responses to Emily Driscolls' Interrogatories – Set One, dated December 6, 2022.

103.     LVMPD's Responses to Emily Driscolls' Interrogatories – Set Four, dated December 6, 2022.

104.     LVMPD's Responses to Emily Driscolls' Requests for Admission – Set One, dated December 6, 2022.

STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES – NINETEENTH REQUEST

105.    LVMPD's Responses to Emily Driscolls' Requests for Production – Set One, dated December 6, 2022.

106.    LVMPD's Responses to Gabriela Molina's Interrogatories – Set Two, dated December 6, 2022.

107.    LVMPD's Responses to Gabriela Molina's Requests for Production– Set One, dated December 6, 2022.

108.    LVMPD's Responses to Gabriela Molina's Requests for Admission – Set One, dated December 6, 2022.

109.    LVMPD Defendants' Eighth Supplemental FRCP 26.1 Disclosures dated December 16, 2022.

110.    LVMPD'S Responses to Tenisha Martin's Requests for Admission – Set One, dated December 19, 2022.

111.    LVMPD'S Responses to Soldadera Sanchez's Requests for Admission – Set One, dated December 19, 2022.

112.    LVMPD'S Responses to Robert O'Brien's Requests for Admission – Set One, dated December 19, 2022.

113.    LVMPD'S Responses to Alison Kenady's Requests for Admission – Set One, dated December 19, 2022.

114.    LVMPD'S Responses to Robert O'Brien's Interrogatories – Set One, dated December 19, 2022.

115.    LVMPD'S Responses to Alison Kenady's Requests for Production – Set One, dated December 20, 2022.

116.    LVMPD'S Responses to Robert O'Brien's Requests for Production – Set One, dated December 20, 2022.

117.    LVMPD's Responses to Soldadera Sanchez' Requests for Production – Set One, dated December 20, 2022.

118.    LVMPD'S Responses to Tenisha Martin's Requests for Production – Set One, dated December 20, 2022.

20

STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES – NINETEENTH REQUEST

119.    LVMPD'S Responses to Alison Kenady's Interrogatories – Set Two, dated January 4, 2023.

120.    LVMPD'S Responses to Robert O'Brien's Interrogatories – Set Three, dated January 4, 2023.

121.    LVMPD'S Responses to Alison Kenady's Interrogatories - Set Two, dated January 4, 2023.

122.    LVMPD'S Responses to Robert O'Brien's Interrogatories - Set Three, dated January 4, 2023.

123.    LVMPD's Ninth Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1), dated February 16, 2023.

124.    LVMPD's First Supplemental Answers to Plaintiff Robert O'Brien's First Set of Interrogatories, dated February 16, 2023.

125.    LVMPD's First Supplemental Answers to Plaintiff Soldadera Sanchez's Second Set of Interrogatories, dated February 16, 2023.

126.    LVMPD's Third Supplemental Responses to Plaintiffs' First Set of Requests for Production of Documents, dated February 16, 2023.

127.    LVMPD's Second Supplemental Responses to Plaintiff's Second Set of Requests for Production of Documents, dated February 16, 2023.

128.    LVMPD's First Supplemental Responses to Plaintiffs' Sixth Set of Requests for Production of Documents, dated February 16, 2023.

129.    LVMPD'S Responses to Plaintiff Tenisha Martin's Requests for Production of Documents - Set One [sic Set Two], dated February 16, 2023.

130.    LVMPD's Tenth Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1), dated February 24, 2023.

131.    LVMPD's Responses to Tenisha Martin's Requests for Production of Documents - Set Three dated May 22, 2023.

132.    LVMPD's Responses to Gabriela Molina's Requests for Admissions - Set Two dated July 17, 2023.

133.    LVMPD's Responses to Lance Downes-Covington's Requests for Production of Documents - Set Two dated July 17, 2023.

134.    LVMPD's Eleventh Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1), dated July 17, 2023.

135.    LVMPD's Twelfth Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1), dated April 24, 2024.

136.    LVMPD's Initial Designation of Expert Witness Pursuant to FRCP 26(a)(2) dated September 17, 2024.

**C.    DEPOSITIONS.**

1. LVMPD Defendants deposed Plaintiff Alison Kenady on August 9, 2022.

2. LVMPD Defendants deposed Plaintiff Gabriela Molina on August 10, 2022.

3. LVMPD Defendants deposed Plaintiff Emily Driscoll on August 11, 2022.

4. LVMPD Defendants deposed Plaintiff Tenisha Martin on August 16, 2022.

5. LVMPD Defendants deposed Plaintiff Lance Downes-Covington on August 19, 2022.

6. LVMPD Defendants deposed Plaintiff Soldadera Sanchez on August 20, 2022.

7. Plaintiffs deposed Defendant Officer Jordan Turner on October 18, 2022.

8. Plaintiffs deposed Defendant Officer Tabatha Dickson on October 24, 2022.

9. Plaintiffs deposed Defendant Officer Evan Spoon on November 7, 2022.

10. Plaintiffs deposed Defendant Retired Captain Patricia Spencer on November 15, 2022.

11. Plaintiffs deposed Defendant Captain Dori Koren on November 22, 2022.

12. Plaintiffs deposed Defendant Lt. Kurt McKenzie on December 21, 2022.

13. LVMPD Defendants deposed Plaintiff Robert O'Brien on March 24, 2023.

14. Plaintiffs deposed LVMPD Defendants' FRCP 30(b)(6) designee(s) - Lt. Landon Reyes on June 20, 2023.

STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES – NINETEENTH REQUEST

15. Plaintiffs' Deposition Subpoena to Las Vegas Justice Court per FRCP 30(b)(6) for records related to Defendants' citations and arrests during the 2020 BLM Protests.

16. Plaintiffs' Deposition Subpoena to Las Vegas Municipal Court per FRCP 30(b)(6) for records related to Defendants' citations and arrests during the 2020 BLM Protests.

17. Plaintiffs deposed Defendants' FRCP 30(b)(6) designee(s) (Dori Koren) on April 26, 2024.

**18. Plaintiffs will be deposing Defendants' FRCP 30(b)(6) designee(s) (John McGrath) in March or April 2025.**

**19. Plaintiffs will be deposing Defendants' Use of Force Expert (John "Jack" Ryan) in March or April 2025.**

**20. Defendants will be deposing Plaintiffs' Use of Force Expert (Roger Clark) in March or April in 2025.**

**21. The Parties have been corresponding about and are further meeting and conferring about written discovery issues on February 11, 2025.**

**II.    DISCOVERY THAT REMAINS TO BE COMPLETED.**

The Parties are actively conducting discovery and have completed the majority of the written discovery and depositions. However, the Parties are continuing to meet and confer on outstanding discovery issues.

The Parties' primary remaining discovery tasks include: (1) Plaintiffs have subpoenaed records from the Las Vegas Municipal Court and Las Vegas Justice Court for documents concerning Defendant's misdemeanor citations and arrests during the BLM Protests in 2020 and are in the process of obtaining records related to the same; (2) resolution of meet and confer issues and motion practice if needed; (3) Plaintiffs' deposition of Defendant Las Vegas Metropolitan Police Department's FRCP 30(b)(6) designee John McGrath; (4) Plaintiffs' deposition of Defendants' Use of Force Expert (John "Jack" Ryan); (5) Defendants' deposition of Plaintiffs' Use of Force Expert (Roger Clark); and (6) expert rebuttal reports.

STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES – NINETEENTH REQUEST

### III.    <u>SPECIFIC DESCRIPTION OF WHY EXTENSION IS NECESSARY.</u>

This is the **nineteenth** request for an extension of discovery deadlines in this matter. The Parties request that the Discovery Plan and Scheduling Order deadlines be extended an additional ninety (90) days so that the Parties may complete the tasks above and efficiently manage expert disclosures. **This involves waiting for deposition transcripts requiring expert review and analysis and Defendants need to supplement their production of Bates stamped documents.**

The Parties acknowledge that, pursuant to local Rule 26-3, the Parties must establish that good cause exists to extend the deadlines.

The Parties have been diligently conducting discovery and continue to conduct discovery, but an extension is still needed to efficiently conclude discovery and manage the case. The Parties are cognizant of the Court's recent admonition that it will be looking closely at any further extension of discovery deadlines. ECF 198 at 26:21-23. However, recent staffing changes at counsels' office for both Plaintiffs and Defendants has resulted in the need for additional time to review the voluminous discovery in this case, particularly the thousands of hours of body worn camera footage which needs to be addressed at the depositions of the use of force experts on both sides of this litigation. The primary attorneys handling this complex case on both sides of the litigation have both left their respective firms in recent months. Both parties experts have requested additional time due to the voluminous amount of documents and bodyworn camera video.

The parties are continuing to meet and confer with Defendants' counsel regarding various outstanding written discover issues. Meet and confer efforts are ongoing. Likewise, the experts retained in this matter will also need to review the recent discovery responses, the parties' supplemental responses (if any) and documents, information and documents in response to Plaintiffs' subpoenas to Justice Court and Municipal Court, and all deposition transcripts, including the two FRCP 30(b)(6) designees—Dori Koren and John McGrath. Counsel are conferring to schedule a deposition date for John McGrath for March or April of 2025 due to the schedule conflicts of counsel and the designees, as well as the deposition

STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES – NINETEENTH REQUEST

dates for Plaintiffs' use of force expert Roger Clark and Defendants' use of force expert John "Jack" Ryan, who likewise had scheduling difficulties. These depositions will occur after the current deadline for rebuttal expert disclosures.

Additionally, as noted above the recent departure of the lead attorneys on both sides of this litigation combined with the extensive body worn camera footage in this case necessitates the additional extension of time in order to carry out effective depositions of the use of force experts in this case[1].  The deadline also considers that dispositive motions are likely and organizing and drafting comprehensive and complete motions will require all deposition transcripts and outstanding discovery. Thus, the remaining discovery is necessary for properly briefed summary judgment motions.

Thus, the standards to extend all deadlines, including the expert deadlines, are satisfied here.

The Parties thus respectfully request an extension of time to enable them to conduct necessary discovery and so that this matter is fairly resolved on the merits. "Good cause to extend a discovery deadline exists 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Derosa v. Blood Sys., Inc.,* No. 2:13-cv-0137-JCM-NJK, 2013 U.S. Dist. LEXIS 108235, 2013 WL 3975764, at 1 (D. Nev. Aug. 1, 2013) (*quoting Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 609 (9th Cir. 1992)); see also Fed. R. Civ. P. 1 (providing that the Rules of Civil Procedure "should be construed, administered, and employed by the court and the Parties to secure the just, speedy, and inexpensive determination of every action and proceeding"). As the procedural history of this case

---

[1] Further, as noted in the most recent stipulation and order extending discovery deadlines in this matter (ECF No. 198), counsel for Plaintiffs have faced unprecedented personal and professional challenges which has required them to spend time out of the office (and/or out of the jurisdiction). In addition to the deaths of Mr. Wolpert's father and Ms. McLetchie's mother, as well as Pieter O'Leary, a senior attorney at McLetchie Law, leaving the firm, Ms. McLetchie and Mr. Wolpert have faced unanticipated professional demands, such as ordered supplemental briefing in a matter before the Nevada Supreme Court after oral argument was completed as well as catching up on cases that were extended due to their prior circumstances. These circumstances further compound the need for an extension of the discovery deadlines.

STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES – NINETEENTH REQUEST

illustrates, the Parties have been diligent in litigating this matter. Significant written discovery has been exchanged, nearly all depositions are complete, experts are engaged, and counsel continue to meet and confer regarding various topics. Additionally, counsel for the Parties in this matter are litigating several other unrelated matters (including against each other) which have competing demands. While competing demands of litigation are merely one of many reasons for the instant request, it should be noted that the other litigation between the same counsel involving similar issues can only benefit from the completion of discovery in this matter so that in other litigation, similar requests can be expedited and can further the resolution of those matters and the interests of justice. Indeed, counsel for the Parties continue to engage in settlement discussions regarding this and the other matters they are litigating that stem from the BLM protests. Thus, the standards to extend all deadlines, including the expert deadlines, is satisfied here.

Based on the foregoing stipulation and proposed deadlines, the Parties thus respectfully request an extension of time to extend the deadlines in this matter to enable to them to conduct necessary discovery and so that this matter is fairly resolved on the merits.

## IV.    PROPOSED SCHEDULE FOR REMAINING DEADLINES

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Amend Pleadings and Add Parties | June 14, 2022 | **Past/Unchanged** |
| Initial Expert Disclosures | September 16, 2024 | **Past/Unchanged** |
| Rebuttal Expert Disclosures | December 20, 2024 | **Past/Unchanged** |
| Discovery Cut-Off | March 11, 2025 | **June 9, 2025** |
| Dispositive Motions | May 5, 2025 | **August 4, 2025**[2] |
| Pretrial Order | May 16, 2025<br>(If dispositive motions are filed, the deadline for shall be suspended until thirty (30) days after the decision of the | **September 10, 2025**[3]<br>(If dispositive motions are filed, the deadline for shall be suspended until thirty (30) days after the decision of the |

---

[2] 90 days from May 5, 2025, is Sunday, August 3, 2025, a non-judicial day. The next judicial day is Monday, August 4, 2025. *See* Fed. R. Civ. P. 6(a)(1)(C).
[3] This date includes an additional seven (7) days to account for the Labor Day holiday.

26

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| | dispositive motions or further order of the Court.) | dispositive motions or further order of the Court.) |

Based on the foregoing stipulation and proposed deadlines plan, the Parties request that the Discovery Plan and Scheduling Order deadlines be extended an additional ninety (90) days so that the Parties may conduct additional discovery, depose expert witnesses, and efficiently manage rebuttal expert disclosures.

Dated this 11th day of February, 2025.          Dated this 11th day of February, 2025.

MCLETCHIE LAW                                    MARQUIS AURBACH

By: */s/ Margaret A. McLetchie*                  By: *Craig R. Anderson*
  Margaret A. McLetchie, Esq.                      Craig R. Anderson, Esq.
  Nevada Bar No. 10931                             Nevada Bar No. 6882
  Leo S. Wolpert, Esq.                             10001 Park Run Drive
  Nevada Bar No. 12658                             Las Vegas, Nevada 89145
  602 South 10th Street                            *Attorney for Defendants Las Vegas*
  Las Vegas, Nevada 89101                          *Metropolitan Police Department,*
  *Attorneys for Plaintiffs*                       *Lieutenant Kurt McKenzie, Officer*
                                                   *Tabatha Dickson, Captain Patricia*
                                                   *Spencer, Captain Dori Koren, Officer*
                                                   *Evan Spoon and Officer Jordan Turner*

**<u>ORDER</u>**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE


DATED: _2/12/2025_____

27

STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER
DEADLINES – NINETEENTH REQUEST