**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Andrew D. Yates, Esq.
Nevada Bar No. 17016
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
ayates@maclaw.com
   Attorneys for Defendants Las Vegas Metropolitan Police Department,
   Lieutenant Kurt McKenzie, Officer Tabatha Dickson, Captain Patricia
   Spencer, Captain Dori Koren, Officer Evan Spoon and Officer Jordan Turner

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LANCE DOWNES-COVINGTON, an individual, SOLDADERA SANCHEZ, an individual, ROBERT O'BRIEN, an individual, EMILY DRISCOLL, an individual, ALISON KENADY, an individual, TENISHA MARTIN, an individual, GABRIELA MOLINA, an individual,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; LIEUTENANT KURT MCKENZIE, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER TABATHA DICKSON, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer; CAPTAIN PATRICIA SPENCER, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer; CAPTAIN DORI KOREN, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; EVAN SPOON, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; JORDAN TURNER, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; UNKNOWN OFFICERS 1-14, as individuals and in their capacity as Las Vegas Metropolitan Police Department Officers,<br><br>                    Defendants. | Case Number:<br>2:20-cv-01790-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(FIRST REQUEST)** |

MAC: 14687-306 (#5982009.1)

# STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE
# (FIRST REQUEST)

Plaintiffs Lance Downes-Covington, Soldadera Sanchez, Robert O'Brien, Emily Driscoll, Alison Kenady, Tenisha Martin, and Gabriela Molina ("Plaintiffs"), by and through their attorneys of record, Margaret A. McLetchie, Esq., Leo S. Wolpert, Esq. and Lisa A. Rasmussen, Esq., with the law firm of McLetchie Law and Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Lieutenant Kurt McKenzie ("McKenzie"), Officer Tabatha Dickson ("Dickson"), Captain Patricia Spencer ("Spencer"), Captain Dori Koren ("Koren"), Officer Evan Spoon ("Spoon"), and Officer Jordan Turner ("Turner"), collectively ("LVMPD Defendants"), by and through their attorneys of record, Craig R. Anderson, Esq. and Andrew Yates, Esq., with the law firm of Marquis Aurbach, hereby agree and jointly stipulate the following.

1. This request for an extension of time is not sought for an improper purpose or other purpose of delay. The parties are requesting a 80-day extension at this time.

2. The dispositive motion deadline in this case is currently August 4, 2025. ECF No. 202 at 26.

3. For cost-saving and efficiency purposes, the parties agree that the dispositive motion deadline in this case should be extended to be close in time to, or clustered with, the dispositive motion deadlines in two cases involving distinct facts and circumstances but similar policy issues. These two cases are *Wright-Rogers v. LVMPD, et al.*, Case No. 2:22-cv-00867-CDS-BNW and *Solomon v. LVMPD, et al.*, Case No. 2:22-cv-00847-JCM-DJA.

4. While *Wright-Rogers*, *Solomon*, and this case differ factually in some respects relevant to each plaintiff, the cases each stem from the widespread protests following George Floyd's death in 2020 and the police response to those protests.

5. Many of the overarching policy, practice, and custom issues related to these three cases are similar, and as such the *Monell* arguments in each case will likely substantially overlap.

MAC: 14687-306 (#5982009.1)

6. Clustering the dispositive motion deadline here with those in *Wright-Rogers* and *Solomon* will simplify the issues and streamline the judicial process for the Parties by permitting the Parties to draft dispositive motions in each case simultaneously.

7. Clustering the dispositive motion deadline here with those in *Wright-Rogers* and *Solomon* will reduce the burden on and promote judicial efficiency in the courts, and this Court in particular, through allowing the Parties to present similar issues to the Court around the same time.

8. The current dispositive motion deadline in *Wright-Rogers v. LVMPD, et al.* is October 20, 2025.

9. The current dispositive motion deadline in *Solomon v. LVMPD, et al.* is also October 20, 2025.

10. The Parties understand that there are outstanding discovery issues in these related matters and that these dates are subject to change. The Parties will promptly update the Court and, if necessary, provide an updated stipulation for the Court's consideration if there are any changes to the above dates.

11. This is the first request for extension of time to file dispositive motions in this matter. The Parties respectfully submit that the reasons set forth above constitute compelling reasons for the modest extension.

12. The Parties further agree, the dispositive motion deadline currently set for August 4, 2025, shall be extended to Friday, October 17, 2025.

13. WHEREFORE, the parties respectfully request that the Dispositive Motion be extended to and including Friday, October 17, 2025.

. . .

. . .

. . .

. . .

. . .

. . .

MAC: 14687-306 (#5982009.1)

14. The instant stipulation is being made in good faith and not for purposes of delay and that no party waives any arguments by entering into this stipulation.

IT IS SO STIPULATED.

Dated this 29th day of July, 2025.

MCLETCHIE LAW

By:   /s/ Margaret A. McLetchie
    Margaret A. McLetchie, Esq.
    Nevada Bar No. 10931
    Leo S. Wolpert, Esq.
    Nevada Bar No. 12658
    Lisa A. Rasmussen, Esq.
    Nevada Bar No. 7491
    602 South 10th Street
    Las Vegas, Nevada 89101
    Attorneys for Plaintiffs

Dated this 29th day of July, 2025.

MARQUIS AURBACH

By:   /s/ Andrew D. Yates
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    Andrew D. Yates, Esq.
    Nevada Bar No. 17016
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendants Las Vegas
    Metropolitan Police Department,
    Lieutenant Kurt McKenzie, Officer
    Tabatha Dickson, Captain Patricia
    Spencer, Captain Dori Koren, Officer
    Evan Spoon and Officer Jordan Turner

**ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 7/31/2025

MAC: 14687-306 (#5982009.1)

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE (FIRST REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 29th day of July, 2025.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach

MAC: 14687-306 (#5982009.1)