MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
LISA A. RASMUSSEN, Nevada Bar 7491
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LANCE DOWNES-COVINGTON, an individual, SOLDADERA SANCHEZ, an individual, ROBERT O'BRIEN, an individual, EMILY DRISCOLL, an individual, ALISON KENADY, an individual, TENISHA MARTIN, an individual, GABRIELA MOLINA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; SHERIFF JOSEPH LOMBARDO, in his official capacity as Sheriff of the Las Vegas Metropolitan Police Department; LIEUTENANT KURT MCKENZIE, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER TABATHA DICKSON, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer; CAPTAIN PATRICIA SPENCER, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer; CAPTAIN DORI KOREN, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; EVAN SPOON, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; JORDAN TURNER, as an individual and in | **Case. No.: 2:20-cv-01790-CDS-DJA**<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(FIFTH REQUEST)** |

1

his capacity as a Las Vegas Metropolitan Police Department Officer; UNKNOWN OFFICERS 1-14, as individuals and in their capacity as Las Vegas Metropolitan Police Department Officers,

Defendants.

## STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE (FIFTH REQUEST)

Plaintiffs Lance Downes-Covington, Soldadera Sanchez, Robert O'Brien, Emily Driscoll, Alison Kenady, Tenisha Martin, and Gabriela Molina ("Plaintiffs"), by and through their attorneys of record, Margaret A. McLetchie, Esq., Leo S. Wolpert, Esq. and Lisa A. Rasmussen, Esq., of the law firm of McLetchie Law, and Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Lieutenant Kurt McKenzie, Officer Tabatha Dickson, Captain Patricia Spencer, Captain Dori Koren, Officer Evan Spoon, and Officer Jordan Turner, collectively ("Defendants"), by and through their attorneys of record, Craig R. Anderson, Esq. and Andrew Yates, Esq., of the law firm of Marquis Aurbach, hereby agree and jointly stipulate the following.

1.      This request for an extension of time is not sought for an improper purpose or other purpose of delay. The parties are requesting a **35-day** extension at this time.

2.      The dispositive motion deadline in this case is currently April 30, 2026. ECF No. 212.

3.      Under Local Rule 26-3, a stipulation to extend a scheduled deadline made within 21 days of the subject deadline must be supported by a showing of good cause.

4.      The Parties respectfully submit that, for the reasons outlined below, good cause exists to grant this stipulated extension.

5.      For cost-saving and efficiency purposes, the parties agree that the dispositive motion deadline in this case should be extended to be close in time to, or clustered with, the dispositive motion deadlines in two cases involving distinct facts and circumstances but similar policy issues. These two cases are *Wright-Rogers v. LVMPD, et al.*, Case No.

2

2:22-cv-00867-CDS-BNW and *Solomon v. LVMPD, et al.*, Case No. 2:22-cv-00847-JCM-DJA.

6. While *Wright-Rogers*, *Solomon*, and this case differ factually in some respects relevant to each plaintiff, the cases each stem from the widespread protests following George Floyd's death in 2020 and the police response to those protests.

7. Many of the overarching policy, practice, and custom issues related to these three cases are similar, and as such the *Monell* arguments in each case will likely substantially overlap.

8. Clustering the dispositive motion deadline here with those in *Wright-Rogers* and *Solomon* will simplify the issues and streamline the judicial process for the Parties by permitting the Parties to draft dispositive motions in each case simultaneously.

9. Clustering the dispositive motion deadline here with those in *Wright-Rogers* and *Solomon* will reduce the burden on and promote judicial efficiency in the courts, and this Court in particular, through allowing the Parties to present similar issues to the Court around the same time.

10. The current dispositive motion deadline in *Wright-Rogers v. LVMPD, et al.* is July 1, 2026.

11. The current dispositive motion deadline in *Solomon v. LVMPD, et al.* is June 22, 2026.

12. The Parties understand that there are outstanding discovery issues in these related matters. The Parties further understand that discovery is being diligently conducted in these related cases, but because of continuing discovery issues, the above dates are subject to change based on discovery yet to be completed. The Parties will promptly update the Court and, if necessary, provide an updated stipulation for the Court's consideration if there are any changes to the above dates.

13. Counsel for Plaintiffs, Margaret McLetchie, suffered an unexpected health emergency during the week of April 20, 2026, which disrupted her schedule and forced the rescheduling and reallocation of staff in multiple matters handled by the firm, including

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

3

vacating and rescheduling the April 22, 2026, deposition of LVMPD's 30(b)(6) witness in the *Rogers*. Additionally, multiple attorneys from Ms. McLetchie's office are engaged for most of the week of April 27, 2026, in a multi-day hearing before the State of Nevada Government Employee-Management Relations Board, *Villa v. Henderson Police Officer's Association*, Case No. 2025-013. The stipulated extension will assist both the undersigned counsel for Plaintiffs and their staff to thoroughly brief and address the issues in this case and the matters addressed above.

14.    This is the fifth request for extension of time to file dispositive motions in this matter. The Parties respectfully submit that the reasons set forth above constitute the necessary good cause for the requested extension.

15.    The Parties further agree, the dispositive motion deadline currently set for April 30, 2026, shall be extended to Thursday, June 4, 2026.

16.    WHEREFORE, the parties respectfully request that the Dispositive Motion deadline be extended to and including Thursday, June 4, 2026.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

17.     The instant stipulation is being made in good faith and not for purposes of delay, and no party waives any arguments by entering into this stipulation.

IT IS SO STIPULATED.

Dated this 27th day of April, 2026.

MCLETCHIE LAW

By: /s/ Leo S. Wolpert
    Margaret A. McLetchie, Esq.
    Nevada Bar No. 10931
    Leo S. Wolpert, Esq.
    Nevada Bar No. 12658
    Lisa A. Rasmussen, Esq.
    Nevada Bar No. 7491
    602 South 10th Street
    Las Vegas, Nevada 89101
    *Attorneys for Plaintiffs*

Dated this 27th day of April, 2026.

MARQUIS AURBACH

By: /s/ Andrew D. Yates
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    Andrew D. Yates, Esq.
    Nevada Bar No. 17016
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    *Attorneys for Defendants Las Vegas*
    *Metropolitan Police Department,*
    *Lieutenant Kurt McKenzie, Officer*
    *Tabatha Dickson, Captain Patricia*
    *Spencer, Captain Dori Koren, Officer*
    *Evan Spoon and Officer Jordan Turner*

## ORDER

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: 4/28/2026

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

5