MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
LISA A. RASMUSSEN, Nevada Bar 7491
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Attorneys for Plaintiffs*

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

LANCE DOWNES-COVINGTON, an individual, SOLDADERA SANCHEZ, an individual, ROBERT O'BRIEN, an individual, EMILY DRISCOLL, an individual, ALISON KENADY, an individual, TENISHA MARTIN, an individual, GABRIELA MOLINA, an individual,

Plaintiffs,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; SHERIFF JOSEPH LOMBARDO, in his official capacity as Sheriff of the Las Vegas Metropolitan Police Department; LIEUTENANT KURT MCKENZIE, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER TABATHA DICKSON, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer; CAPTAIN PATRICIA SPENCER, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer; CAPTAIN DORI KOREN, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; EVAN SPOON, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; JORDAN TURNER, as an individual and in

**Case. No.: 2:20-cv-01790-CDS-DJA**

**~~STIPULATION AND~~ ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**

**(SEVENTH REQUEST)**

his capacity as a Las Vegas Metropolitan Police Department Officer; UNKNOWN OFFICERS 1-14, as individuals and in their capacity as Las Vegas Metropolitan Police Department Officers,

Defendants.

**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE (SIXTH REQUEST)**

Plaintiffs Lance Downes-Covington, Soldadera Sanchez, Robert O'Brien, Emily Driscoll, Alison Kenady, Tenisha Martin, and Gabriela Molina ("Plaintiffs"), by and through their attorneys of record, Margaret A. McLetchie, Esq., Leo S. Wolpert, Esq. and Lisa A. Rasmussen, Esq., of the law firm of McLetchie Law, and Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Lieutenant Kurt McKenzie, Officer Tabatha Dickson, Captain Patricia Spencer, Captain Dori Koren, Officer Evan Spoon, and Officer Jordan Turner, collectively ("Defendants"), by and through their attorneys of record, Craig R. Anderson, Esq. and Andrew Yates, Esq., of the law firm of Marquis Aurbach, hereby agree and jointly stipulate the following.

1. This request for an extension of time is not sought for an improper purpose or other purpose of delay. The parties are requesting a **14-day** extension of the dispositive motion deadline at this time.

2. The dispositive motion deadline in this case is currently July 22, 2026. ECF No. 218.

3. Under Local Rule 26-3, a stipulation to extend a scheduled deadline made within 21 days of the subject deadline must be supported by a showing of good cause.

4. The Parties respectfully submit that, for the reasons outlined below, good cause exists to grant this stipulated extension.

5. Lead counsel for Plaintiffs, Margaret McLetchie, unexpectedly has been required to set aside time for an evidentiary hearing on July 20 and 21, 2026 (scheduled on shortened notice), which has and will interfere with the current dispositive motions deadline.

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

6. For cost-saving and efficiency purposes, the parties have agreed that the dispositive motion deadline in this case should be extended to be close in time to, or clustered with, the dispositive motion deadlines in two cases involving distinct facts and circumstances but similar policy issues. These two cases are *Wright-Rogers v. LVMPD, et al.*, Case No. 2:22-cv-00867-CDS-BNW and *Solomon v. LVMPD, et al.*, Case No. 2:22-cv-00847-JCM-DJA.

7. While *Wright-Rogers*, *Solomon*, and this case differ factually in some respects relevant to each plaintiff, the cases each stem from the widespread protests following George Floyd's death in 2020 and the police response to those protests.

8. Many of the overarching policy, practice, and custom issues related to these three cases are similar, and as such the *Monell* arguments in each case will likely substantially overlap.

9. Clustering the dispositive motion deadline here with those in *Wright-Rogers* and *Solomon* will simplify the issues and streamline the judicial process for the Parties by permitting the Parties to draft dispositive motions in each case simultaneously.

10. Clustering the dispositive motion deadline here with those in *Wright-Rogers* and *Solomon* will reduce the burden on and promote judicial efficiency in the courts, and this Court in particular, through allowing the Parties to present similar issues to the Court around the same time.

11. The current dispositive motion deadline in *Wright-Rogers v. LVMPD, et al.* is August 21, 2026.

12. The current dispositive motion deadline in *Solomon v. LVMPD, et al.* is August 5, 2026, but Plaintiff in that case will be seeking to extend the deadline based on a pending and unresolved motion to amend which will affect the briefing schedule

13. The Parties understand that there are some final outstanding discovery meet and confer issues in these related matters.

14. This is the seventh request for extension of time to file dispositive motions in this matter. The Parties respectfully submit that the reasons set forth above constitute the

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

necessary good cause for the requested extension.

15. The Parties further agree, the dispositive motion deadline currently set for July 22, 2026, shall be extended to Wednesday, August 5, 2026.

16. WHEREFORE, the parties respectfully request that the Dispositive Motion deadline be extended to and including Wednesday, August 5, 2026.

17. The instant stipulation is being made in good faith and not for purposes of delay, and no party waives any arguments by entering into this stipulation.

IT IS SO STIPULATED.

Dated this 20th day of July, 2026.

MCLETCHIE LAW

By: /s/ Margaret A. McLetchie
Margaret A. McLetchie, Esq.
Nevada Bar No. 10931
Leo S. Wolpert, Esq.
Nevada Bar No. 12658
Lisa A. Rasmussen, Esq.
Nevada Bar No. 7491
602 South 10th Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

Dated this 20th day of July, 2026.

MARQUIS AURBACH

By: /s/ Andrew D. Yates
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Andrew D. Yates, Esq.
Nevada Bar No. 17016
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants Las Vegas Metropolitan Police Department, Lieutenant Kurt McKenzie, Officer Tabatha Dickson, Captain Patricia Spencer, Captain Dori Koren, Officer Evan Spoon and Officer Jordan Turner*

**ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: July 27, 2026

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM