MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Attorneys for Plaintiffs*

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LANCE DOWNES-COVINGTON, an individual, SOLDADERA SANCHEZ, an individual, ROBERT O'BRIEN, an individual, EMILY DRISCOLL, an individual, ALISON KENADY, an individual, TENISHA MARTIN, an individual, GABRIELA MOLINA, an individual,<br>Plaintiffs,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; SHERIFF JOSEPH LOMBARDO, in his official capacity as Sheriff of the Las Vegas Metropolitan Police Department; LIEUTENANT KURT MCKENZIE, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER TABATHA DICKSON, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer; CAPTAIN PATRICIA SPENCER, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer; CAPTAIN DORI KOREN, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; EVAN SPOON, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; JORDAN TURNER, as an individual and in his capacity as a Las Vegas Metropolitan | **Case. No.: 2:20-cv-01790-CDS-DJA**<br><br>**NOTICE OF DISASSOCIATION OF ATTORNEY LISA A. RASMUSSEN, ESQ.; AND**<br><br>**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND LISTING AS COUNSEL OF RECORD** |

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

Police Department Officer; UNKNOWN OFFICERS 1-14, as individuals and in their capacity as Las Vegas Metropolitan Police Department Officers,

Defendants.

TO THE COURT AND COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that as of August 14, 2026, attorney Lisa A. Rasmussen, Esq., is no longer employed by McLetchie Law Group, PLLC ("McLetchie Law"), which is counsel for Plaintiffs Lance Downes-Covington, Soldadera Sanchez, Robert O'Brien, Emily Driscoll, Alison Kenady, Tenisha Martin, and Gabriela Molina ("Plaintiffs"), and that Ms. Rasmussen will no longer be representing Plaintiffs.

Additionally, the undersigned respectfully requests that the email address of lisa@nvlitigation.com be removed from the E-filing and service lists, and that Ms. Rasmussen no longer be listed on the docket as counsel for Plaintiffs.

McLetchie Law and the firm's other attorneys, Margaret A. McLetchie, Esq., and Leo S. Wolpert, Esq., remain counsel of record for Plaintiffs.

DATED: August 17, 2026.

**MCLETCHIE LAW GROUP, PLLC**

By: /s/ Margaret A. McLetchie
Margaret A. McLetchie, Esq.
Nevada Bar No. 10931
Leo S. Wolpert, Esq.
Nevada Bar No. 12658
602 South 10th Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

IT IS THEREFORE ORDERED that the motion is GRANTED. IT IS FURTHER ORDERED that the Clerk of Court is kindly directed to REMOVE Lisa Rasmussen, Esq. as attorney of record in this case.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: August 19, 2026

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17th, 2026, I electronically filed the foregoing NOTICE OF DISASSOCIATION OF ATTORNEY LISA A. RASMUSSEN, ESQ.; AND MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND LISTING AS COUNSEL OF RECORD with the Clerk of the Court for the United States District Court by using the court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Craig R. Anderson, Esq.
Andrew D. Yates, Esq.
MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
Email: canderson@maclaw.com
Email: ayates@maclaw.com
Email: smong@maclaw.com
Email: kbusch@maclaw.com
*Attorneys for Defendants*

*/s/ Alexander Loglia*
Employee, McLetchie Law Group, PLLC