MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW GROUP, PLLC**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Attorneys for Plaintiffs*

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

LANCE DOWNES-COVINGTON, an individual, SOLDADERA SANCHEZ, an individual, ROBERT O'BRIEN, an individual, EMILY DRISCOLL, an individual, ALISON KENADY, an individual, TENISHA MARTIN, an individual, GABRIELA MOLINA, an individual,

Plaintiffs

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; SHERIFF JOSEPH LOMBARDO, in his official capacity as Sheriff of the Las Vegas Metropolitan Police Department; LIEUTENANT KURT MCKENZIE, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER TABATHA DICKSON, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer; CAPTAIN PATRICIA SPENCER, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer; CAPTAIN DORI KOREN, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; EVAN SPOON, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; JORDAN TURNER, as an individual and in his capacity as a Las Vegas Metropolitan

**Case. No.: 2:20-cv-01790-CDS-DJA**

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 227] AND TO EXTEND DEFENDANTS' REPLY DEADLINE (FIRST REQUEST)**

[ECF No. 229]

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

Police Department Officer; UNKNOWN OFFICERS 1-14, as individuals and in their capacity as Las Vegas Metropolitan Police Department Officers,

Defendants

Plaintiffs Lance Downes-Covington, Soldadera Sanchez, Robert O'Brien, Emily Driscoll, Alison Kenady, Tenisha Martin, and Gabriela Molina ("Plaintiffs"), by and through their attorneys of record, Margaret A. McLetchie, Esq., and Leo S. Wolpert, Esq. of the law firm of McLetchie Law Group, PLLC, and Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Lieutenant Kurt McKenzie, Officer Tabatha Dickson, Captain Patricia Spencer, Captain Dori Koren, Officer Evan Spoon, and Officer Jordan Turner, collectively ("Defendants"), by and through their attorneys of record, Craig R. Anderson, Esq. and Andrew Yates, Esq., of the law firm of Marquis Aurbach, hereby agree and jointly stipulate the following.

1. This request for an extension of time is not sought for an improper purpose or other purpose of delay. The Parties are requesting a 71-day extension of the deadline for Plaintiffs to respond to the Defendants' motion for summary judgment. The Parties are also requesting a 16-day extension of the deadline for Defendants to file their reply to the Plaintiffs' response to the motion for summary judgment.

2. The deadline for Plaintiffs to respond to the Defendants' motion for summary judgment is currently November 24, 2026, 21 days from the November 3, 2026, filing date. ECF No. 218; *see also* Local Rule 7-2(b).

3. Under Local Rule 26-3, a stipulation to extend a scheduled deadline made within 21 days of the subject deadline must be supported by a showing of good cause.

4. The Parties respectfully submit that, for the reasons outlined below, good cause exists to grant this stipulated extension.

5. On November 3, 2026, Defendants filed their 98-page motion for summary judgment (excluding table of contents and table of authorities) along with a motion to exceed the 30-page limit for the motion by 68 pages. *See* ECF Nos. 226, 227; *see also* Local Rule 7-3(a). In their motion to exceed the page limit, Defendants have already represented that they will not oppose any request by Plaintiffs to exceed the page limit of their response to the motion for summary judgment. *See* ECF No. 227, p. 4, ¶11.

6. Additionally, Defendants' motion for summary judgment contains 223 separate factual assertions, including allegations based on extensive video evidence. *See* ECF No. 227, pp. 1-28.

7. As Defendants explained in their motion to exceed the page limit, the case "involves seven Plaintiffs, seven named defendants, and hundreds of non-party officers whose actions bear on the claims and defenses" and covers four separate protest dates and fifteen causes of action, not including Plaintiffs' *Monell* claims and as-applied challenge. *Id.*, p. 3, ¶6.

8. The extension of time requested herein is necessary for Plaintiffs to review and address the evidence and provide the Court with a full and complete response to the facts and issues raised in Defendants' motion for summary judgment.

9. For cost-saving and efficiency purposes, the Parties previously agreed to coordinate the dispositive motion briefing deadlines in the instant case with the dispositive motions briefing deadlines in two cases involving distinct facts and circumstances, but similar policy issues. These two cases are *Wright-Rogers v. LVMPD, et al.*, Case No. 2:22-cv-00867-CDS-BNW and *Solomon v. LVMPD, et al.*, Case No. 2:22-cv-00847-JCM-DJA.

10. While *Wright-Rogers*, *Solomon*, and this case differ factually in some respects relevant to each plaintiff, the cases each stem from the widespread protests following George Floyd's death in 2020 and the police response to those protests.

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

11. Many of the overarching policy, practice, and custom issues related to these three cases are similar, and as such the *Monell* arguments in each case will likely substantially overlap.

12. The dispositive motions deadline in *Solomon* was November 17, 2026. However, on November 16, 2026, the parties in *Solomon* submitted a stipulation seeking to extend the dispositive motions deadline in that case to January 18, 2027, based on the recent granting and denying of the *Solomon* Plaintiff's motion to file a third amended complaint, the discussions between the parties as to the final content of the third amended complaint per the court's order on the motion to amend, and pending discovery issues. (*See* Case No. 2:22-cv-00847-JCM-DJA, ECF No. 132.

13. The dispositive motion deadline for *Wright-Rogers* is currently set for December 1, 2026. (Case No. 2:22-cv-00867-CDS-BNW, ECF No. 148).

14. Clustering the dispositive motion briefing schedule here with those in *Wright-Rogers* and *Solomon* will simplify the issues and streamline the judicial process for the parties by permitting the parties in these cases to draft dispositive motions in each case simultaneously. It also will allow the parties to present similar issues to this Court in the instant case and the *Wright-Rogers* case around the same time.

15. This is the first request for extension of time for Plaintiffs to file their response to Defendants' motion for summary judgment in this matter. The Parties respectfully submit that the reasons set forth above constitute the necessary good cause for the requested extension.

16. The Parties further agree that the deadline for Plaintiffs to file their response to Defendants' motion for summary judgment currently set for November 24, 2026, shall be extended to **Tuesday, February 2, 2027**.

17. The Parties further agree that the time period for Defendants to file their reply to Plaintiffs' response to Defendants' motion for summary judgment be extended by 16 days from the usual 14-day time period, to 30 days from the February 2, 2027, response date, to **Thursday, March 4, 2027**. *See* Local Rule 7-2(b).

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

18. WHEREFORE, the Parties respectfully request that the deadline for Plaintiffs to respond to Defendants' motion for summary judgment be extended to and including Wednesday, February 2, 2027, and that the deadline for Defendants to file their reply to Plaintiffs' response be extended to Thursday, March 4, 2027.

19. The instant stipulation is being made in good faith and not for purposes of delay, and no Party waives any arguments by entering into this stipulation.

IT IS SO STIPULATED.

Dated this 18th day of November, 2026.

MCLETCHIE LAW

By: */s/ Margaret A. McLetchie*
Margaret A. McLetchie, Esq.
Nevada Bar No. 10931
Leo S. Wolpert, Esq.
Nevada Bar No. 12658
602 South 10th Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

Dated this 18th day of November, 2026.

MARQUIS AURBACH

By: */s/ Andrew D. Yates*
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Andrew D. Yates, Esq.
Nevada Bar No. 17016
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants Las Vegas Metropolitan Police Department, Lieutenant Kurt McKenzie, Officer Tabatha Dickson, Captain Patricia Spencer, Captain Dori Koren, Officer Evan Spoon and Officer Jordan Turner*

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: November 19, 2026

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM